KINSELLA WEITZMAN ISER KUMP LLP
ALAN KOSSOFF (SBN 150932)
  akossoff@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

BRACEWELL LLP
CONOR M. CIVINS (TX Bar No. 24040693) (*admitted pro hac vice*)
  conor.civins@bracewell.com
MICHAEL CHIBIB (TX Bar No. 00793497) (*admitted pro hac vice*)
  michael.chibib@bracewell.com
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061

Attorneys for Plaintiff VERSATA
SOFTWARE, INC. f/k/a TRILOGY
SOFTWARE, INC. and VERSATA
DEVELOPMENT GROUP, INC.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONFIGIT A/S, <br><br> Defendant. | Case No. 2:20-cv-09019-JAK-MRW <br><br> The Hon. John A. Kronstadt, United States District Judge, presiding <br><br> **FIRST AMENDED COMPLAINT FOR:** <br><br> **(1) PATENT INFRINGEMENT** <br> **(2) TRADE SECRET MISAPPROPRIATION (18 U.S.C. § 1836, ET SEQ.; CAL CIV. CODE § 3426.1, ET SEQ.)** <br> **(3) DECLARATORY RELIEF** <br> **(4) INJUNCTIVE RELIEF** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Action Filed:    October 1, 2020 <br> Trial Date:    None Set |

1   Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata

2   Development Group, Inc. f/k/a Trilogy Development Group, Inc. (collectively

3   "Versata") file this First Amended Complaint for patent infringement, trade secret

4   misappropriation, declaratory relief, and injunctive relief against Defendant Configit

5   A/S ("Configit").

6   ## **PARTIES**

7   Versata Software, Inc. f/k/a Trilogy Software, Inc. is a corporation existing

8   under the laws of Delaware with its principal place of business at 401 Congress

9   Avenue, Suite 2650, Austin, Texas 78701.

10   Versata Development Group, Inc. is a corporation existing under the laws of

11   Delaware with its principal place of business at 401 Congress Avenue, Suite 2650,

12   Austin, Texas 78701.

13   Upon information and belief, Configit is a Danish corporation with

14   headquarters at Midtermolen 3, 2100 København, Denmark.

15   ## **JURISDICTION AND VENUE**

16   This Court has subject matter jurisdiction for this action pursuant to the Defend

17   Trade Secrets Act, 18 U.S.C. § 1836(c), and 28 U.S.C. § 1331 and 1338(a) because

18   this action involves claims arising under the patent laws of the United States, 35

19   U.S.C. § 1, *et seq.*

20   This Court has supplemental jurisdiction over the remaining claims asserted

21   herein pursuant to 28 U.S.C. § 1367.

22   The claims asserted herein also give rise to diversity jurisdiction pursuant to 28

23   U.S.C. § 1332 because the amount in controversy exceeds the jurisdictional amount

24   and there is complete diversity of the parties.

25   This Court has personal jurisdiction over Configit because Configit has stated

26   that its "contacts in California would subject it to personal jurisdiction there" with

27   respect to the subject matter at issue in this litigation. In particular, Versata's trade

28   secret and common law claims were previously asserted in the United States District

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Court for the Western District of Texas. In challenging jurisdiction in that forum, Configit expressly asserted that personal jurisdiction was proper in this forum with respect to Versata's claims. *See Versata Software, Inc. f/k/a Trilogy Software, Inc. v. Configit A/S*, Case No. 6:19-CV-579 (W.D. Tex. Jan. 27, 2020) [Docket No. 12], Def's Combined Motions to Dismiss at 12 ("Configit A/S is subject to specific jurisdiction in California if the allegations in Versata's Complaint are taken as true for the purpose of personal jurisdiction."); *see also id.* at 13 ("Configit A/S's contacts in California would subject it to personal jurisdiction there."); *Versata Software, Inc. f/k/a Trilogy Software, Inc. v. Configit A/S*, Case No. 6:19-CV-579 (W.D. Tex. March 9, 2020) [Docket No. 17], Def's Reply in Support of Combined Motions to Dismiss at 5, n.1 ("Configit A/S agrees that personal jurisdiction over Configit A/S exists in Michigan or California, as Configit A/S has conducted activities in those states related to its automotive configuration software business.").

Venue is also proper in this District pursuant to 28 U.S.C. § 1391(c)(3) because Configit is a foreign corporation not resident in the United States.

## FACTUAL BACKGROUND

### A. Versata

Versata is an enterprise software company that has developed some of the most successful, sophisticated, and powerful enterprise software in the United States. One of its main areas of focus is product configuration software, and Versata has been a leader in developing cutting edge technology in this space for over three decades, employing hundreds of software engineers and mathematicians with advanced degrees in configuration management.

Through years of extensive research and development, Versata determined that replacing manual processes with automated processes was highly valuable, including in complex automotive manufacturing that provided manufacturers and dealers with numerous configuration options for different vehicles. As a result of that research and development, Versata created "Automotive Configuration Manager" ("ACM"), a

software platform comprised of technical data, formulas, patterns, screens, source code, binary code, compilations, programs, and other trade secret and proprietary information specifically designed to assist automotive manufacturers in defining and distributing automotive product configurations and enabling manufactures to manage extremely complex vehicle lines while enhancing the consumer and dealer shopping experience and making custom configuration possible on the web. Prior technologies used order guides found at dealers to program their websites allowing for numerous errors that frustrated customers and internal documents that were manually manipulated and maintained that led to manufacturing problems and part shortages. Additionally, Versata created "Retail Config," a software platform comprised of technical data, formulas, patterns, screens, source code, binary code, compilations, programs, and other trade secret and proprietary information specifically designed to assist automotive manufacturers, dealers, and consumers in defining, creating, equipping, shopping for, and ordering automotive product configurations.

Versata's trade secret and proprietary information embodied in ACM generally include, but are not limited to, tools that allow users to avoid using programming or technical statements to navigate and edit rule logic, and environments that map to automotive organizations and support separate workflows. Versata's trade secret and proprietary information embodied in Retail Config include, but are not limited to, a process that separates the model selection and option equipping of a vehicle line into two distinct configuration processes; behavior that fills-in selections the user has not made based on pre-defined standard conditions; logic that describes the impacts of making invalid selections, selections that include other options, and included options based on prior selections; pre-computed variable option pricing displayed in a particular manner and based on certain criteria; and determining the visibility of variables and values for options or features based on their availability with the product selected. Further examples of specific functionality representing Versata's trade secret and proprietary information include the following: unique usage of "trie" data

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

structures to represent the universe of buildable and unbuildable vehicle configurations; interactive grid editing tools that provide users with a summarized view of a vehicle configuration space allowing users to edit complex rules while minimizing errors; compacting rules into discrete logic-based layers to allow users to view rules at various levels of granularity; rule consistency checks to display root causes of consistency errors; directed acyclical graphs that allow changes to rule logic where new vehicle configuration data or relationships are released; unique testing environments to modify rules without impacting entire vehicle line definition; modification environments that allow engineering and marketing users to view and change respective engineering and marketing rules while ensuring that there is no conflict between the changes; logically retiming of rules that accounted for rule error; unique vehicle definition workflows that enhance the speed of the vehicle configuration process; error prevention through rule splaying and detection of rule overlaps; unique usage of polar sets in vehicle configuration; removing non-buildable rules; automotive product lifecycles, automotive product usage statements; and enterprise requirements to support multi-user concurrency in draft environments and merging of concurrent edits to the underlying production data and business consistency of data. The foregoing trade secret and proprietary information embodied in ACM and Retail Config are referred to herein as "Versata's Trade Secrets."

Versata has always taken substantial measures to ensure ACM, Retail Config, and its Trade Secrets are not improperly acquired or disclosed to competitors and/or the public, including by requiring employees and contractors to maintain confidentiality, developing confidential relationships with its potential customers and licensees, and by requiring potential customers and licensees to sign non-disclosure agreements and/or master subscription services agreements ("MSSAs") containing rigorous confidentiality provisions intended to prevent the improper acquisition, disclosure, and use of ACM, Retail Config, and its Trade Secrets.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

### B. Jaguar Land Rover ("JLR") – A Prospective Versata Licensee

JLR, like other auto manufacturers, sells a range of motor vehicle lines in different vehicle categories, such as SUVs, sedans, and other vehicles. Each vehicle line in each category has many different configurations and options. For example, most vehicles are offered with more than one engine, transmission, wheel, and color choice, as well as numerous other configurations and options leading to millions or even billions of combinations.

Importantly, not all vehicle components are compatible with one another or available in specific markets, further complicating the configuration of each vehicle. For example, a particular engine may not be compatible with a particular transmission, and specific emissions components or engines may not be available in certain markets due to regulatory restrictions. Given the complexity and options available on a vehicle, hundreds of thousands or even millions of configurable combinations are possible for each vehicle line.

Prior to the advent of automated processes to handle orders from customers selecting between a wide range of vehicle configurations, JLR, like many enterprises, managed configurations manually as a part of processing orders from dealers. Given the sheer number of potential configuration options available in a given product line, this process was burdensome, time-consuming, and error-prone.

### C. JLR Initiates Discussions With Versata Regarding JLR's Automation and Configuration Needs

Discussions between JLR and Versata regarding ACM and Retail Config began prior to 2004. Initial discussions were conducted through email and telephone communications between JLR's technology and business personnel located in the United Kingdom and Versata's product and development personnel located in Austin, Texas. Those discussions then led to onsite meetings between JLR and Versata's representatives in the United Kingdom and in Austin, Texas.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

During these in-person meetings, Versata's personnel explained the value of ACM and Retail Config and how it could be used by JLR to perform automated data and configuration analysis, including automating the processing of customer-specific configurations of its vehicles selected by JLR's customers. In particular, Versata explained that ACM and Retail Config could completely transform JLR's data management processes (including processing order configurations) from slow, cumbersome, and error-prone processes to intelligent, rapid, accurate, validated, and repeatable automated processes, thereby saving substantial time and resources.

During an in-person meeting in Austin, Texas, Versata agreed to share trade secret and proprietary information with JLR to specifically demonstrate the functionality and value of ACM and Retail Config.

Prior to disclosing its Trade Secrets, the parties reached an agreement that ACM, Retail Config, and Versata's Trade Secrets would be conditionally disclosed to JLR solely for benefit of JLR, and that JLR would not disclose ACM, Retail Config, or any of its Trade Secrets to any non-JLR personnel.

### D. JLR Contracts with Versata To Implement ACM and Retail Config, and Uses it For Years Until Configit Comes Along

After several months of discussions, and after learning the significant value of ACM and Retail Config, JLR agreed to license and use Versata Software, including ACM and Retail Config in 2009. As part of that agreement, JLR and Versata entered into a Master Subscription and Services Agreement ("MSSA") governing JLR's licensing of ACM and Retail Config.

As described above, Versata's MSSAs, including those executed with JLR, contain a number of provisions clearly defining Versata's ownership of ACM, Retail Config and Versata's Trade Secrets, as well as numerous stringent provisions designed to prevent the improper use and disclosure of ACM, Retail Config, and Versata's Trade Secrets. These provisions are part of Versata's substantial efforts to maintain the secrecy of ACM, Retail Config, and Versata's Trade Secrets and to

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

1  prevent their improper use and disclosure.

2  In 2012, following years of using ACM, Versata visited JLR in the United

3  Kingdom to solidify the renewal and upgrade of its ACM license to an ACM

4  Enterprise (*i.e.*, cloud-based) product.

5  Upon information and belief, JLR began a relationship with Configit at some

6  point during the time in which JLR was using ACM and Retail Config. While Versata

7  was aware of Configit as a software entity, Configit's previous software offerings

8  were not equivalent to ACM or Retail Config and could not serve as a substitute for

9  those products given the more advanced and sophisticated automation and other

10 processes present in ACM and Retail Config.

11 For example, during the time JLR licensed the ACM and Retail Config

12 software, Configit's antiquated configuration software had no notion of automotive

13 product usage statements, merging of concurrent edits to the underlying production

14 data and business consistency of data, or the enterprise requirements to support multi-

15 user concurrency in draft environments. The specifics of developing and executing

16 these types of features in configuration software were present in ACM and Retail

17 Config.

18 Versata recently discovered that two Configit patents—U.S. Patent No.

19 10,049,396 ("the '396 Patent"), issued on August 14, 2018, and U.S. Patent No.

20 10,303,808 ("the '808 Patent"), issued on May 28, 2019 (collectively the "Configit

21 Patents")—specifically identify and disclose features that are the same, or

22 substantially similar to, the Versata Trade Secrets upon which the ACM and Retail

23 Config software are based.[1] The Configit Patents are attached and incorporated herein

24

25 [1] Versata believes that the description of Versata's Trade Secrets is sufficient
   for the pleading requirements of this First Amended Complaint. Versata can, and

26 will, provide a more detailed description of the trade secrets at issue during

27 discovery, subject to a protective order and the appropriate confidentiality

28 designations.

Kinsella Weitzman Iser Kump llp
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
Tel 310.566.9800 • Fax 310.566.9850

1  as Exhibit A and B, respectively.

2     For example, the '396 Patent discloses concepts and techniques related to the
3  operation of Versata's ACM product including, but not limited to: the use of view
4  defining or qualifying features, partition or scope variables, base configuration
5  features, or similarly termed elements that perform a categorization role in the process
6  of dividing product or vehicle line models into constituent smaller models to deal with
7  processing limits, as well as optimizing configuration operation to reduce compute
8  time and space requirements. Similarly, the '396 Patent discloses several concepts
9  related to the operation of Versata's Retail Config product including, but not limited
10 to: the splitting of a vehicle line configuration model into separate product
11 configuration models that can be independently configured; the identification of
12 which configuration product and product model has been selected via a configuration
13 initialization process; simplifying the configuration process that follows the selection
14 of product-defining or scope variables by eliminating or hiding variables; verifying
15 that a partially configured product is valid by determining if the selections are valid
16 and complete; and determining the validity of configuration options.

17     The '808 Patent discloses concepts and functions that are discoveries made and
18 maintained as trade secrets by Versata from ACM including, but not limited to, the
19 creation of binary graph structures via recursive processing, dependency graphs, and
20 the manipulation of those structures. The '808 Patent also discloses several concepts
21 related to the operation Retail Config including, but not limited to: determining the
22 validity of configuration options; determining and displaying which corrections need
23 to be made in order to change an invalid selection into a valid one; and determining
24 and displaying via flagged states different values for variables corresponding to
25 admissibility/validity in the configuration.

26

27

28

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**E. On Information and Belief, Configit Obtained Access to ACM, Retail Config, and Versata's Trade Secrets through JLR, and Used Both to Develop its Own Patents and Software**

As described above, Versata has spent well over three decades developing and refining configuration and automation software, including ACM and Retail Config. Given the extensive amount of time, effort, and resources expended in developing ACM, Retail Config, and Versata's Trade Secrets, it is inconceivable that Versata's Trade Secrets could be independently developed in a short period of time. It is also inconceivable that features that are identical, or substantially similar to, the unique features of ACM, Retail Config, and Versata's Trade Secrets could be replicated without access to ACM, Retail Config, and Versata's Trade Secrets.

Upon information and belief, Configit used its relationship with JLR to obtain access to ACM, Retail Config, and Versata's Trade Secrets and used that information to develop intellectual property, including patents, as well as its own configuration software that it could sell or license to customers in the United States and around the world, including JLR.

Upon information and belief, Configit knew, or should have known, at the time it acquired access to ACM, Retail Config, and Versata's Trade Secrets and Patented technologies that they were acquired under circumstances giving rise to a duty to maintain the secrecy of ACM, Retail Config, and Versata's Trade Secrets, and that JLR owed a duty to Versata to maintain the secrecy of ACM, Retail Config, and Versata's Trade Secrets.

Upon information and belief, Configit knew, or should have known, at the time it acquired access to ACM, Retail Config, that Versata had intellectual property rights, including patent rights, in these technologies that were necessary to practice in order to compete with Versata.

Upon information and belief, after acquiring access to ACM, Retail Config, and Versata's Trade Secrets, Configit improperly used and disclosed Versata's Trade

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

Secrets by developing U.S. Patent Nos. 10,049,396 and 10,303,808, and by developing its own configuration software based on ACM, Retail Config, and Versata's Trade Secrets.

Upon information and belief, Configit is continuing to improperly use and disclose Versata's Trade Secrets in the development, marketing, and sale or licensing of its own configuration software (and other intellectual property) to customers around the world, including in the United States.

## F. On Information and Belief, Configit is Infringing Versata's '766 and '612 Patents ("Versata's Patents")

On December 28, 2004, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,836,766 ("the '766 Patent"), titled "Rule Based Configuration Engine for a Database." Versata Development Group is the owner of the '766 Patent, and Versata Software, Inc. is the sole and exclusive licensee to the '766 Patent and has the sole right and license to, among other things, prevent infringement of and seek and obtain any and all damages and other remedies for infringement of the '766 Patent (a copy of which is attached as Exhibit C).

On July 23, 2019, the United States Patent and Trademark Office duly and legally issued United States Patent No. 10,360,612 ("the '612 Patent"), titled "Consolidation of Product Data Models." Versata Development Group is the owner of the '612 Patent, and Versata Software, Inc. is the sole and exclusive licensee to the '612 Patent and has the sole right and license to, among other things, prevent infringement of and seek and obtain any and all damages and other remedies for infringement of the '612 Patent (a copy of which is attached as Exhibit D).

Upon information and belief, Configit makes, uses, licenses, sells, offers for sale, or imports in the United States, software that infringes the foregoing patents.

Configit has had knowledge of Versata's Patents at least as early as service of the Original Complaint, and has knowledge that since the service of that complaint that its Model and Ace software infringes Versata's Patents.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# CAUSES OF ACTION

## Count I – Patent Infringement
### ('766 Patent)

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

Claim 1 of the '766 Patent recites: "A method of using a computer system to test a product configuration for configuration errors, wherein the product configuration is stored as electronic data in a computer system for generating product configurations, the computer system including at least one rule defining a relationship between at least two parts, the product configuration including a plurality of parts, the method comprising: a) entering a test case into the computer system to detect configuration errors in the product configuration, wherein the test case includes data to change the product configuration; b) processing the test case with the computer system in accordance with the at least one rule to detect whether the change in the product configuration, as a result of processing the test case in accordance with the at least one rule, produced a configuration error in the product configuration; and c) generating explanation data with the computer system to provide an explanation of any detected configuration error in the product configuration.

Configit purports to offer its customers an "enterprise-grade configuration platform" — Configit Ace. https://configit.com/configit-ace/, attached as Exhibit E.

Upon information and belief, Configit Ace enables users utilize a computer system to build and maintain configuration models stored as electronic data on a computer system as well as validate/test the model configurations using integrated debugging tools, as demonstrated in the figure below.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION



**Collaborative, intuitive rule authoring**

- Users from multiple business functions can simultaneously build and maintain configuration product models
- Create rules and product models in a graphical point-and-click environment

**Integrated debugging tools**

- Accurately validate product models
- Release to external systems with confidence

**Streamline business processes and eliminate errors**

- Align sales, engineering, manufacturing and service around configurable products

**Easily manage product models over time**

- Pre-determine when certain rules take effect or should be rendered obsolete

Exhibit E.

Upon information and belief, and as noted above in Exhibit E, the Configit Ace computer system for generating product configurations contains rules defining a relationship between multiple parts, claiming "Configit Ace handles large scale models with thousands of rules and configuration options."

Upon information and belief, Configit Ace contains powerful test and validation tools that ensure the configuration logic is correct and configuration errors are detected at the right time. Furthermore, Configit highlights Ace's ability to streamline business by eliminating errors and incorporating debugging tools into its product.

Upon information and belief, and as illustrated in the figure below, Configit Ace enables users to define, test and debug different product configurations with an integrated test environment. A user can define tests and later run them to debug and

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

identify errors.



http://clmsummit.com/cms/wp-content/uploads/2016/10/Configit-Ace.pdf,
p. 18, attached as Exhibit F.

Upon information and belief, the test cases that are run also include the data to change a particular configuration for checking errors. For example, to check for any errors in a product configuration, different combinations of values are required.

Upon information and belief, and as illustrated in the figure below, Configit Ace allows running different test cases as per the user requirement. In order to detect errors, Ace processes a test case against the values stored in virtual tabulation tables that are in accordance with a plurality of rules.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## Assessing Configit's Solutions

Configit offers four main solutions to the market—Configit Quote, Ace, Model, and Build (as illustrated in Figure 5). These solutions are based on Configit's patented Virtual Tabulation (VT) technology that enables Configit to deliver software-based solutions that can handle complex product configurations in a way that is both powerful and easy to use.

Running on Microsoft's .NET and JAVA architecture, VT makes it possible to compile a description of the parameters of a product into a very compact lossless format, called a "virtual table." This mathematically based table contains all legal (i.e., allowable) combinations of values to the configuration parameters (i.e., rules). According to Configit, these virtual tables can contain billions of configurations in a few megabytes, making it possible to embed virtual tables practically anywhere—even on tiny embedded electronic devices.

Copyright © 2018 by CIMdata, Inc.                                                    8

https://go.configit.com/l/265662/2018-05-04/62w99/265662/36654/CIMdata_Whitepaper_Configit_Auto_10Apr2018__1_.pdf, p. 9, attached as Exhibit G.

Upon information and belief, and as illustrated in the figure below, the Configit Ace product specifically claims employing powerful tests and validation to ensure that the configuration logic is correct before it is released to downstream systems for actual use.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# Configit®



**Product Sheet**

Configit Ace® is an enterprise web application for authoring all configuration aspects of configurable products, including engineering and market intent, in a single model.

| Feature | Description |
| --- | --- |
| Enterprise-wide configuration solution | Built with the enterprise in mind, Ace makes authoring and configuration logic accessible to a wider audience and allows multiple users to work on the same product simultaneously. |
| Master of record for configuration data | With Ace, you can author different intents, such as engineering, modeling, and legal, all in a single model. |
| VT™ technology | Ace takes full advantage of Configit's patented VT configuration technology with configurator, rule debugger, and solution space tools all built in. VT files are compact representations of all possible valid product configurations. |
| Supports all CLM phases | From engineering to sales, sourcing, manufacturing and service, Ace supports all phases of the configuration lifecycle by being the single source of all aspects of the configuration logic. |
| System integration | Ace can be integrated with a variety of 3rd party systems including SAP ERP, Windchill, Teamcenter and Enovia. |
| Advanced data versioning | Version your data and track changes over time. Perform and test changes in isolated work environments without affecting the master version of the data. |
| Test and validation | Ace contains powerful test and validation tools that ensure the configuration logic is correct before it is released to downstream systems such as global websites and ordering portals. |
| Effectivity and perpetual modeling | With effectivity as first order concept on all main entities, it's easy to control when in time your product's features and rules are valid, enabling you to model for the future without worrying about breaking the current state. |
| Extensive auditing and reporting | Ace has extensive auditing and reporting capabilities, supported through built-in logging and traceability tools, and integration to SQL Server Reporting Services. |
| Release management | Ace supports full control of releasing to downstream systems and consumers, including filters to control which data to make available. |

http://go.configit.com/l/265662/2018-05-04/62tbk/265662/36618/Configit_Ace_Product_Sheet_Final.pdf, attached as Exhibit H.

Configit Ace enables the user to test and validate different configurations of a product within an integrated environment. It also provides the explanation data for explaining the cause of the detected configuration error.

Upon information and belief, and as illustrated in the figure below, the figure shows a test scenario in Configit Ace where some components passed the test successfully, while others failed. Configit Ace provides an explanation for the failed

test and configuration error, stating "[f]eature is unavailable because of the following rules:". This explanation may vary according to the nature of the failure.



    *See*, Exhibit F, p. 18.

    Configit has been and is now directly infringing the '766 Patent in the United States by, among other things, making, using, licensing, selling, offering for sale, or importing the Configit Ace software, which is covered by one or more claims of the '766 Patent, all to the injury of Versata.

Upon information and belief, the Configit Ace software's infringement of the '766 Patent has occurred, and is occurring within the United States. For example, the Configit Ace software is used by JLR, which has a Research and Innovation Plant in Portland Oregon. *See* Exhibit E; *see also* https://www.jaguarlandrover.com/2020/global-footprint. Configit Ace software is also used by ABB, which has over 50 US-based entities, including headquarters in North Carolina, an installation products facility in Arizona, and an industrial automation facility in Wisconsin. *See* Exhibit E; *see also* https://new.abb.com/locations/map#location=US. Furthermore, the Configit Ace software is advertised as being designed to function as an enterprise's single source of configuration rules and associated models (*i.e.*, structures). Exhibit G, p. 10. Upon information and belief, the Configit Ace software is hosted on corporate-owned servers in the US, or to the extent the cloud-based version of Configit Ace is utilized, it is hosted on US-based cloud resources, as it is customary in the industry to locate server resources for cloud-based operations as close to customers as possible for the purposes of speed and reliability. All major cloud providers utilize multiple US-based

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  hosting regions. *See, e.g.,* https://www.oracle.com/cloud/data-regions.html

2  #northamerica;                                    https://aws.amazon.com/about-aws/global-

3  infrastructure/regions_az/;                      https://cloud.google.com/about/locations/;

4  https://azure.microsoft.com/en-us/global-infrastructure/geographies/.

5      Furthermore, Configit led and participated in multiple trade shows and product

6  demonstrations within the United States over the infringement period, where upon

7  information and belief, the directly infringing acts were practiced to demonstrate the

8  Configit Ace software. For example in 2016 and 2017, Configit hosted a three-day

9  "CLM Summit" at Marco Island, Florida for developers, analysts, researchers, and

10 providers.  At the event, attendees were invited to explore technologies and strategies

11 for enterprise-wide configuration capabilities and to connect to peers. *See*

12 https://web.archive.org/web/20160424124629/http://configit.com/about/events/       ;

13 https://web.archive.org/web/20170722164037/https://configit.com/event/clm-

14 summit-2017/.

15     Additionally, in May 2018, Configit sponsored and presented product

16 demonstrations for industrial productization at the PI PLMx (Product Innovation

17 Product Lifecycle Management expo) trade show in Chicago. *See*

18 https://web.archive.org/web/20181106012013/https://configit.com/events/;

19 https://events.pi.tv/2018/plmx_us/; https://events.pi.tv/2018/plmx_us/sponsors.

20     In yet another example from 2018, Configit sponsored an automotive IT

21 conference in Atlanta. *See* https://web.archive.org/web/20181106012013/

22 https://configit.com/events/; https://web.archive.org/web/20180706225419/http://

23 www.automotiveit.com/sponsors-1/).

24     Upon information and belief, pursuant to 35 U.S.C. § 271(b), Defendant

25 Configit has knowingly induced its customers to directly infringe at least claim 1 of

26 the '766 Patent by selling, offering for sale, providing, maintaining, and/or licensing

27 its Configit Ace software with the intent that those customers use the Configit Ace

28 software in the United States.

**Kinsella Weitzman Iser Kump llp**
808 WILSHIRE BOULEVARD, 3ᴿᴰ FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • Fax 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET
MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Upon information and belief, pursuant to 35 U.S.C. § 271(c), Defendant

2    Configit has also knowingly contributed to the direct infringement of at least claim 1

3    of the '766 Patent by importing, selling, offering to sell, maintaining, licensing, and/or

4    otherwise supplying the Configit Ace software to customers, which has no substantial

5    noninfringing use, is not a staple article of commerce, is especially designed for use

6    in the patented invention, and constitutes a material part of the patented invention of

7    at least claim 1 of the '766 Patent.

8    At least as early as its receipt of Versata's Original Complaint, Configit has had

9    knowledge of the '766 Patent, has had written notice of its infringement, has intended

10   that its customers infringe the '766 Patent by their use of the Configit Ace software,

11   has actively induced such infringement by continuing to sell, offer for sale, provide,

12   maintain, and/or license the Configit Ace software to its customers in the United

13   States. Despite such knowledge, Defendant continues to infringe the '766 Patent.

14   Configit's acts of infringement have been willful, deliberate, and in reckless

15   disregard of Versata's patent rights and will continue unless permanently enjoined by

16   this Court.

17   Claim 1 of the '766 Patent recites: "A method of using a computer system to

18   test a product configuration for configuration errors, wherein the product

19   configuration is stored as electronic data in a computer system for generating product

20   configurations, the computer system including at least one rule defining a relationship

21   between at least two parts, the product configuration including a plurality of parts, the

22   method comprising: a) entering a test case into the computer system to detect

23   configuration errors in the product configuration, wherein the test case includes data

24   to change the product configuration; b) processing the test case with the computer

25   system in accordance with the at least one rule to detect whether the change in the

26   product configuration, as a result of processing the test case in accordance with the at

27   least one rule, produced a configuration error in the product configuration; and c)

28   generating explanation data with the computer system to provide an explanation of

1    any detected configuration error in the product configuration.

2        Configit Model purports to enable users to create, manage, and maintain

3    complex configurable products, and also includes testing and debugging tools to

4    analyze product models before they are released to downstream applications. *See*,

5    Exhibit F.

6        Upon information and belief, Configit Model enables users to utilize a

7    computer system to build and maintain configuration models stored as electronic data

8    on a computer system as well as validate/test the model configurations using

9    integrated debugging tools, as demonstrated in the figure below.



**Testing and debugging**
Due to strong analysis tools at model time you have very powerful debugging facilities and a test framework allowing you to make regression tests. All this gives you confidence in the correctness of the models before they are released for use.

https://go.configit.com/l/265662/2018-05-03/62pyh/265662/36478/Brochure_Configit_Model_web.pdf , p. 4, attached as Exhibit I.

        Upon information and belief, Configit Model contains powerful test and validation tools that ensure the configuration logic is correct and configuration errors are detected at the right time. Furthermore, Configit Model can detect configuration errors and report them rapidly after the rules are loaded and validated.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

One can easily envision the development of configuration rules in a Computer Aided Design (CAD) environment or a PLM solution that has been fully integrated with Configit Software's technology. (It is important to note that Configit Software's solution can already import rules in a number of different formats, e.g., Boolean.) Configit Software's technology can then be used iteratively within the development environment to test, validate, and refine the rules. This task, which is usually left until the end of the development cycle, is critical and costly if not done properly and in a timely manner. A number of Configit Software's clients report that they have found a number of configuration errors (e.g., conflicts) once the rules that they thought were correct had been loaded and validated in Configit Software's solution. Since Configit Software's solution uses a quick compilation route, errors are reported rapidly. This allows the development organization to focus on the complete and valid set of rules. It also ensures that downstream systems (e.g., ERP and sales configurators) only receive valid rules.

https://go.configit.com/l/265662/2018-05-03/62py9/265662/36474/Whitepaper_Configit_Managing_Complex_Configurations.pdf, p. 6, attached as Exhibit J.

Upon information and belief, the Configit Model test cases that are run also include the data to change a particular configuration for checking errors. For example, to check for errors in a product configuration, different combinations of values are required.

Upon information and belief, Configit Model allows running tests as per the user requirement. In order to detect errors, Configit Model processes the test case against the values stored in VT tables that are in accordance with the established rules.

Upon information and belief, Configit Model uses pre-compiled VT tables to generate every possible solution within the configuration model for every part.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

1
2
3
4
5
6
7
8
9
10

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Assessing Configit's Solutions

Configit offers four main solutions to the market—Configit Quote, Ace, Model, and Build (as illustrated in Figure 5). These solutions are based on Configit's patented Virtual Tabulation (VT) technology that enables Configit to deliver software-based solutions that can handle complex product configurations in a way that is both powerful and easy to use.

Running on Microsoft's .NET and JAVA architecture, VT makes it possible to compile a description of the parameters of a product into a very compact lossless format, called a "virtual table." This mathematically based table contains all legal (i.e., allowable) combinations of values to the configuration parameters (i.e., rules). According to Configit, these virtual tables can contain billions of configurations in a few megabytes, making it possible to embed virtual tables practically anywhere—even on tiny embedded electronic devices.

Copyright © 2018 by CIMdata, Inc.                                                 8

Exhibit G, p. 8.

Upon information and belief, and as illustrated in the figure below, the Configit Model includes testing and debugging tools to provide powerful debugging facilities and testing frameworks to perform regression tests in order to detect errors/ conflicts. It also provides the explanation data for explaining the cause of the detected configuration error/ conflict.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3ᴿᴰ FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



http://clmsummit.com/cms/wp-content/uploads/2016/10/Configit-Model.pdf[2], p. 30, attached as Exhibit K.

Configit has been and is now directly infringing the '766 Patent in the United States by, among other things, making, using, licensing, selling, offering for sale, or importing the Configit Model software covered by one or more claims of the '766 Patent, all to the injury of Versata.

The Configit Model software's infringement of the '766 Patent has occurred, and is occurring within the United States. For example, Configit Model is used by Vestas, which has had North American facilities since 2002, including manufacturing facilities. *See* Exhibit L.

---

[2] The link to Configit Model is apparently no longer active, however Exhibit K, attached hereto, is an accurate representation of what was previously found at that link.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

Furthermore, the Configit Model software is advertised as being designed to function as an enterprise's single source of configuration rules and associated models (*i.e.*, structures). Exhibit G, p. 10. Upon information and belief, the Configit Model software is hosted on corporate-owned servers in the US, or to the extent the cloud-based version of Configit Model is utilized, it is hosted on US-based cloud resources, as it is customary in the industry to locate server resources for cloud-based operations as close to customers as possible for the purposes of speed and reliability. All major cloud providers utilize multiple US-based hosting regions. *See, e.g.,* https://www.oracle.com/cloud/data-regions.html#northamerica; https://aws.amazon.com/about-aws/global-infrastructure/regions_az/; https://cloud.google.com/about/locations/; https://azure.microsoft.com/en-us/global-infrastructure/geographies/.

Furthermore, Configit led and participated in multiple trade shows and product demonstrations within the United States over the infringement period, where upon information and belief, the directly infringing acts were practiced to demonstrate the Configit Model software. For example in 2016 and 2017, Configit hosted a three-day "CLM Summit" at Marco Island, Florida for developers, analysts, researchers, and providers. At the event, attendees were invited to explore technologies and strategies for enterprise-wide configuration capabilities and to connect to peers. *See* https://web.archive.org/web/20160424124629/http://configit.com/about/events/; https://web.archive.org/web/20170722164037/https://configit.com/event/clm-summit-2017/.

Additionally, in May 2018, Configit sponsored and presented product demonstrations for industrial productization at the PI PLMx (Product Innovation Product Lifecycle Management expo) trade show in Chicago. *See* https://web.archive.org/web/20181106012013/https://configit.com/events/; https://events.pi.tv/2018/plmx_us/; https://events.pi.tv/2018/plmx_us/sponsors.

In yet another example from 2018, Configit sponsored an automotive IT conference in Atlanta. *See* https://web.archive.org/web/20181106012013/

Kinsella Weitzman Iser Kump LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET
MISAPPROPRIATION

1  https://configit.com/events/; https://web.archive.org/web/20180706225419/http://
2  www.automotiveit.com/sponsors-1/.

3      Upon information and belief, pursuant to 35 U.S.C. § 271(b), Defendant
4  Configit has knowingly induced its customers to directly infringe at least claim 1 of
5  the '766 Patent by selling, offering for sale, providing, maintaining, and/or licensing
6  its Configit Model software with the intent that those customers use the Configit
7  Model software in the United States.

8      Upon information and belief, pursuant to 35 U.S.C. § 271(c), Defendant
9  Configit has also knowingly contributed to the direct infringement of at least claim 1
10 of the '766 Patent by importing, selling, offering to sell, maintaining, licensing, and/or
11 otherwise supplying the Configit Model software to customers, which has no
12 substantial noninfringing use, is not a staple article of commerce, is especially
13 designed for use in the patented invention of at least claim 1 of the '766 Patent, and
14 constitutes a material part of the patented invention of the '766 Patent.

15     At least as early as its receipt of Versata's Original Complaint, Configit has had
16 knowledge of the '766 Patent, has had written notice of its infringement, has intended
17 that its customers infringe the '766 Patent by their use of the Configit Model software,
18 has actively induced such infringement by continuing to sell, offer for sale, provide,
19 maintain, and/or license the Configit Model software to its customers in the United
20 States. Despite such knowledge, Defendant continues to infringe the '766 Patent.

21     Configit's acts of infringement have been willful, deliberate, and in reckless
22 disregard of Versata's patent rights and will continue unless permanently enjoined by
23 this Court.

24     Versata has been damaged by Configit's infringement of the '766 Patent in an
25 amount to be determined at trial, and has suffered and will continue to suffer
26 irreparable loss and injury unless Configit is permanently enjoined from infringing
27 the '766 Patent.

28

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## Count II – Patent Infringement
### ('612 Patent)

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

Claim 1 of the '612 Patent recites "A method of consolidating multiple configuration models of a product, the method comprising: a) executing instructions, stored in a memory, by a processor of a computer system to configure the computer system into a machine for: b) combining at least two of the configuration models of the product into a single, consolidated model, wherein each of the at least two configuration models include configuration rules that define multiple buildable configurations of the product; c) detecting any unspecified buildable configurations of the product in the consolidated model, wherein an unspecified buildable configuration is a buildable configuration of the product that is specified in the consolidated model but not defined in the at least two configuration models; d) automatically resolving any detected unspecified buildable configurations in the consolidated model so that the unspecified buildable configurations are removed from the consolidation model; and e) generating buildable configurations of the product using the consolidated model without generating any unspecified buildable configurations of the product."

Configit purports to offer its customers an "advanced interactive product configuration" software that will allow its customers to "easily create, manage and maintain complex configurable products" – Configit Model.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



https://configit.com/products/configit-model/, attached as Exhibit L.

Upon information and belief, and as illustrated in the figure below, Configit Model enables users to create, manage, and maintain complex configurable products. It also includes testing and debugging tools to analyze the product models before they are released to downstream applications.



Exhibit L, p. 1.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET
MISAPPROPRIATION

Upon information and belief, the Configit Model software product executes instructions, stored in a memory, by a processor of a computer system to configure the computer system into a machine.

Upon information and belief, Configit Model runs on desktop computers and laptops, each of which is a computer system. Executing the Configit Model software includes executing instructions, stored in a memory, by a processor of the computer system to configure the computer system, thus configuring the computer system into a machine

Configit claims that Configit Model takes full advantage of its virtual tabulation technology to compile product models and store all possible product configuration rules in a compact representation called a VT file. *See* Exhibit G.

Upon information and belief, Configit Model, through use of the VT files, is capable of compiling parameters for a product to create a virtual table format that contains all legal combinations of values for configuration parameters. These tables can contain billions of configuration tables that make it possible to compile a plurality of configuration rules that defines the relationship of a plurality of parts of a product. *See* Exhibit G.

Upon information and belief, Configit Model compiles VT files to generate every possible solution within the configuration model for every part in the system, *i.e.*, a single consolidated model.

Upon information and belief, and as illustrated in the figure below, the Configit Model software supports users from multiple business functions within an enterprise to build and maintain product models, which necessitates combining models developed by users from separate business functions.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# Configit® 

**Product Sheet**

Configit Model® is a toolbox for developing highly configurable products and the configurator applications they run in. Model includes a desktop application for authoring products, and .NET runtime libraries for writing interactive, user-friendly configurator applications.

| Feature | Description |
|---|---|
| Supports complex product models | Author large-scale product models consisting of thousands of characteristics and rules, with support for dynamic properties, default values, and language translations. |
| Profiling tools | Use Model's built-in compiling and profiling tools to validate your product models and optimize their runtime performance. Discover if your rules prevent any characteristics from being reached during configuration. |
| Dependency visualizer | Model's Dependency Graph Viewer enables you to visually explore how your product model elements relate to one another. |
| SAP pricing integration | Model supports SAP compatible pricing logic in your product models. |
| VT™ technology | Model takes full advantage of Configit's patented virtual tabulation (VT) configuration technology allowing you to compile your product models into VT files, creating a compact representation of all possible valid product configurations. |
| Data import tools | Built-in tools make it easy to import product data from SAP or other data sources. |
| Debugger | Model's advanced debugger lets you test and analyze your VT files. |
| Leverage VT in Quote and Build | VT files created in Model can be reused in Configit Quote and Configit Build. |
| Plugin support | Create your own .NET modeling plugins that integrate with Model's desktop application. |
| Runtime libraries | Use the .NET runtime to create VT-based configurators with high performance, full guidance, and conflict resolution. |

http://go.configit.com/l/265662/2018-05-04/62tbp/265662/36622/Configit_Model_Product_Sheet_Final.pdf, p. 1, attached as Exhibit M.

Upon information and belief, and as illustrated in the figure below, Configit Model enables a user to combine and add configuration rules for a product within an integrated environment. The Virtualization Table is a "single source of truth"

combining rules from multiple channels, such as marketing rules and engineering rules. The VT-file embodies complete knowledge of the solution space, which would include providing only specified buildable configurations.

4. **Multi-Channel:** A single VT-file may contain rules ranging from highly internal technical or engineering rules (e.g., specifying the emission standards, frequencies etc. based on market) to marketing rules about what values are available in what markets, to rules that map high-level customer requirements to more technical variables. A VT-file may have hundreds of variables, some of which are very technical and others very customer-related, but due to the complete knowledge of the solution space, the configurator can expose only a subset of the variables. This makes it possible to develop specialized configuration applications for specific channels (web-sites, order entry, manufacturing) based on a single VT-file. There may be one configurator application for mobile devices (e.g., iPad), another configurator with more variables on the web-site and a third configurator application for the order entry process with even more choices. But even when the customer uses the mobile configurator and makes just a few choices, since the VT-file has the full set of valid configurations, it can be guaranteed that it is always possible to make choices for the remaining variables. This is a very strong property which ensures that all configuration logic can be combined in one system ("single source of truth") instead of being spread around in a production configurator, a sales configurator and in specialized mobile applications, causing mis-alignment of data and difficulties keeping the configurators up-to-date.

https://go.configit.com/l/265662/2017-07-25/2crk2/265662/16643/Virtual_Tabulation.pdf, p. 11, attached as Exhibit N.

Upon information and belief, the virtualization table compilation process of Configit Model builds a representation of the solution space for each rule, then combines the rules to form the combined result.

Upon information and belief, and as illustrated in the figure below, detecting unspecified buildable configurations of a product is an inherent part of creating and validating a single unified model built from multiple separately-authored models. For the VT file to contain the "full set of valid configurations," the compilation process must eliminate unspecified buildable configurations that do not reflect author intent.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

A Virtual Table is a compact representation of the truth-table. It is constructed by building a representation of the solution space of each rule and then combining the rules to form the combined result. Figure 6 shows a VT representation of the set of valid configurations to the t-shirt model. Each variable in the model is represented by one or two Boolean variables (2 variables for color and size, 1 for print). Every path from the root to the 1-terminal is a valid configuration and the paths to the 0-terminal represent invalid configurations, corresponding to the rows that had been crossed out in Figure 4. The dashed arrows are traversed when the variable is false, the full arrows are traversed when the variable is true.



Figure 6: Virtual Table representation of the solution space for the T-shirt

Exhibit N, p. 9.

Upon information and belief, and as illustrated in the figure below, Configit Model's building of the virtualization table is an automatic process, and the resulting virtualization table represents the set of all valid configurations, which must exclude unspecified buildable configurations from the consolidation model.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

## 6. Compilation Statistics

The compilation step solves the difficult part of the configuration problem by computing the VT-representation of the set of all valid configurations. This step may use significant computer resources in terms of CPU-time and memory. However, real-life models have a lot of structure which the compiler uses to quickly compute the VT-file. Table 1 shows statistics for some models from our customers, ranging from a few hundred variables to a few thousand (these are typical sizes of product models). The table shows that the VT-file typically is calculated in a few seconds and the VT-file size is in the order of a few megabytes.

Table 1: Compilation times and size of VT-files for typical models. The VT-files are compiled on a PC with an Intel Core 2 Quad CPU (Q9950@2.83GHz) with 8 GB memory and running Windows 7 x64.

| Model Name | Num Vars | Num Rules | Size of VT file (kB) | Compilation time (sec) |
|---|---|---|---|---|
| ELION | 299 | 190 | 477 | 4.9 |
| cooling_2 | 302 | 81 | 96,420 | 20.9 |
| Dooria_Almeria_999+mst-cstob | 310 | 18 | 5,735 | 8.7 |
| Smaarulle | 455 | 98 | 1,679 | 9.4 |
| ADC_FIBER_PATCHCORDS_FIBER_PATCHCORD _PROFILE | 471 | 76 | 1,170 | 5.6 |
| EVOS | 510 | 1,152 | 5,664 | 6.1 |
| 3940000000_KONFIGURATIONSPROFIL_394 | 514 | 297 | 1,668 | 22.9 |
| MECR_MECR_NEMA | 564 | 320 | 1,513 | 12.8 |
| DHI-Software-2007 | 1,447 | 1,517 | 2,545 | 9.2 |
| DHI-Software-2008 | 1,741 | 1,833 | 3,083 | 5.9 |
| VMP5000_2_2.06 | 1,893 | 1,380 | 2,359 | 5.6 |
| ADC_FDF_FRAMES_FDF_FRAMES_PROFILE | 2,147 | 1,527 | 3,295 | 6.2 |
| IntegrationTurbine | 15,734 | 15,458 | 28,857 | 23.8 |

Exhibit N, pp. 9-10.

Upon information and belief, and as illustrated in the figure below, Configit Model provides for detailed analyses at modeling time that can prove that a test holds for every valid configuration. For the analyses to be accurate, Configit Model must check the tests against only buildable configurations generated from the VT file.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**2. Quality Assurance of Rules:** Since the VT-file represents every valid configuration, it is possible to perform detailed analyses at modeling time. Similar to what is known from software development, it is possible to express *tests* that are checked each time the product model is modified. Such a test can express that when certain variables have given values, other variables must be set to or cannot take certain values. Unlike normal software-test where the input-combinations are non-exhaustive, it is possible to *prove* that the test holds for every valid configuration. Such tests can be very useful to ensure that the BOM is correct, i.e., that for every valid configuration, the BOM is not missing any parts and there are not too many parts (e.g., two engines selected for a given configuration)

Exhibit N, p. 10.

Configit has been and is now directly infringing, and indirectly infringing by way of inducing infringement and/or contributing to the infringement of the '612 Patent in the United States by, among other things, making, using, licensing, selling, offering for sale, and/or importing the Configit Model software covered by one or more claims of the '612 Patent, all to the injury of Versata.

The Configit Model software's infringement of the '612 Patent has occurred, and is occurring within the United States. For example, Configit Model is used by Vestas, which has had North American facilities since 2002, including manufacturing facilities. *See* Exhibit L.

Furthermore, the Configit Model software is advertised as being designed to function as an enterprise's single source of configuration rules and associated models (*i.e.*, structures). Exhibit G, p. 10. Upon information and belief, the Configit Model software is hosted on corporate-owned servers in the US, or to the extent the cloud-based version of Configit Model is utilized, it is hosted on US-based cloud resources, as it is customary in the industry to locate server resources for cloud-based operations as close to customers as possible for the purposes of speed and reliability. All major cloud providers utilize multiple US-based hosting regions. *See, e.g.,* https://www.oracle.com/cloud/data-regions.html#northamerica; https://aws.amazon.com/about-aws/global-infrastructure/regions_az/; https://cloud.google.com/about/locations/; https://azure.microsoft.com/en-us/global-infrastructure/geographies/.

Kinsella Weitzman Iser Kump llp
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
Tel 310.566.9800 • Fax 310.566.9850

Furthermore, Configit led and participated in multiple trade shows and product demonstrations within the United States over the infringement period, where upon information and belief, the directly infringing acts were practiced to demonstrate the Configit Model software. For example in 2016 and 2017, Configit hosted a three-day "CLM Summit" at Marco Island, Florida for developers, analysts, researchers, and providers. At the event, attendees were invited to explore technologies and strategies for enterprise-wide configuration capabilities and to connect to peers. *See* https://web.archive.org/web/20160424124629/http://configit.com/about/events/; https://web.archive.org/web/20170722164037/https://configit.com/event/clm-summit-2017/.

Additionally, in May 2018, Configit sponsored and presented product demonstrations for industrial productization at the PI PLMx (Product Innovation Product Lifecycle Management expo) trade show in Chicago. *See* https://web.archive.org/web/20181106012013/https://configit.com/events/; https://events.pi.tv/2018/plmx_us/; https://events.pi.tv/2018/plmx_us/sponsors.

In yet another example from 2018, Configit sponsored an automotive IT conference in Atlanta. *See* https://web.archive.org/web/20181106012013/ https://configit.com/events/; https://web.archive.org/web/20180706225419/http:// www.automotiveit.com/sponsors-1/).

Upon information and belief, pursuant to 35 U.S.C. § 271(b), Defendant Configit has knowingly induced its customers to directly infringe at least claim 1 of the '612 Patent by selling, offering for sale, providing, maintaining, and/or licensing its Configit Model software with the intent that those customers use the Configit Model software in the United States.

Upon information and belief, pursuant to 35 U.S.C. § 271(c), Defendant Configit has also knowingly contributed to the direct infringement of at least claim 1 of the '612 Patent by importing, selling, offering to sell, maintaining, licensing, and/or otherwise supplying the Configit Model software to customers, which has no

Kinsella Weitzman Iser Kump LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET
MISAPPROPRIATION

1    substantial noninfringing use, is not a staple article of commerce, is especially

2    designed for use in the patented invention, and constitutes a material part of the

3    patented invention.

4        At least as early as its receipt of Versata's Original Complaint, Configit has had

5    knowledge of the '612 Patent, has had written notice of its infringement, has intended

6    that its customers infringe the '612 Patent by their use of the Configit Model software,

7    has actively induced such infringement by continuing to sell, offer for sale, provide,

8    maintain, and/or license the Configit Model software to its customers in the United

9    States. Despite such knowledge, Defendant continues to infringe the '612 Patent.

10       Configit's acts of infringement have been willful, deliberate, and in reckless

11   disregard of Versata's patent rights and will continue unless permanently enjoined by

12   this Court.

13       Versata has been damaged by Configit's infringement of the '612 Patent in an

14   amount to be determined at trial and has suffered and will continue to suffer

15   irreparable loss and injury unless Configit is permanently enjoined from infringing

16   the '612 Patent.

17       Claim 1 of the '612 Patent recites: "A method of consolidating multiple

18   configuration models of a product, the method comprising: a) executing instructions,

19   stored in a memory, by a processor of a computer system to configure the computer

20   system into a machine for: b) combining at least two of the configuration models of

21   the product into a single, consolidated model, wherein each of the at least two

22   configuration models include configuration rules that define multiple buildable

23   configurations of the product; c) detecting any unspecified buildable configurations

24   of the product in the consolidated model, wherein an unspecified buildable

25   configuration is a buildable configuration of the product that is specified in the

26   consolidated model but not defined in the at least two configuration models; d)

27   automatically resolving any detected unspecified buildable configurations in the

28   consolidated model so that the unspecified buildable configurations are removed from

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

the consolidation model; and e) generating buildable configurations of the product using the consolidated model without generating any unspecified buildable configurations of the product."

Configit purports to offer its customers different products/ solutions that can be used to solve complex product configuration problems in manufacturing companies.



https://configit.com/resources/downloads/, p. 2, attached as Exhibit O.

Upon information and belief, and as illustrated in the figure below, Configit Ace enables users to create, manage, and maintain complex configurable products. It also includes testing and debugging tools to analyze the product models before they are released to downstream applications.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION



Exhibit E, p. 1.

Upon information and belief, and as illustrated in the figure above, the Configit Ace software product executes instructions, stored in a memory, by a processor of a computer system to configure the computer system into a machine.

Upon information and belief, Configit Ace runs on desktop computers and laptops, each of which is a computer system. Executing the Configit Ace software includes executing instructions, stored in a memory, by a processor of the computer system to configure the computer system, thus configuring the computer system into a machine

Upon information and belief, Configit Ace enables a comprehensive configuration rules authoring environment, which connects disparate parts of the product development life cycle to create a single source of configuration rules (*i.e.*, a single consolidated model).

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**Configit's Solution Portfolio**

Configit's flagship solution, Configit Ace, has been designed to enable an extended enterprise's comprehensive configuration rules authoring and modeling environment, connecting once disconnected systems and processes. The solution supports all phases of the configuration lifecycle, from developing and pricing, to marketing and selling, to sourcing, building, and finally maintaining. Configit Ace has been designed to be an extended enterprise's single source of configuration rules and associated models (i.e., structures). This can fill configuration management related process and technology gaps that have existed within companies and with their extended value chain participants.

*Configit Ace supports all phases of the configuration lifecycle, from developing and pricing, to marketing and selling, to sourcing, building, and finally maintaining.*

Exhibit G, p. 9.

Configit claims that Configit Ace compiles VT tables to generate every possible solution within the configuration model for every part, *i.e.*, a single consolidated model. This process supports users from multiple business functions to build and maintain product models, which necessitates combining models developed by users from separate business functions. *See*, Exhibit E.

Upon information and belief, and as illustrated in the figure below, Configit Ace, through use of the VT files, is capable of compiling parameters for a product to create a virtual table format that contains all legal combinations of values for configuration parameters. These tables can contain billions of configuration tables that make it possible to compile a plurality of configuration rules that defines the relationship of a plurality of parts of a product.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET
MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Additionally, many Configit customers have also reported that while using Configit's solutions, they have uncovered existing configuration errors (e.g., conflicts) once the rules that they thought were correct had been loaded and validated. Since Configit's solutions use a quick compilation route, errors are

Copyright © 2018 by CIMdata, Inc.                    10

Configuration Lifecycle Management
End-to-End Configuration Management is a Necessity

reported rapidly. This allows the development organization to focus on the complete and valid set of rules and the development, manufacturing, selling, and supporting of fully compliant products. It also ensures that downstream systems, receive only valid rules.

Unlike traditional engineering-centric approaches where configuration rules are created within the CAD or PDM environment, Configit's solutions allow the configuration lifecycle to start with those individuals responsible for the definition of valid saleable products. A company will often execute this activity within its sales and marketing organization, or perhaps within its manufacturing operations. Since Configit's solutions support the import of configuration rules in multiple formats, their CLM approach can be used with ERP and other sales configurators. In fact, many companies have replaced those tools with Configit Ace, for example. Ace's web-based user interface (UI) can be used to maintain and compile the configuration rules, which can be released to run as API services or in CPQ products like Quote (several examples can be found at Configit's web site—www.configit.com).

Exhibit G, pp. 11-12.

Upon information and belief, Configit Ace compiles VT files to generate every possible solution within the configuration model for every part in the system, *i.e.*, a single consolidated model.

Upon information and belief, and as illustrated in the figure below, Configit Ace enables a user to combine and add configuration rules for a product within an integrated environment. The Virtualization Table is a "single source of truth" combining rules from multiple channels, such as marketing rules and engineering

rules. The VT-file embodies complete knowledge of the solution space, which would include providing only specified buildable configurations.

4. **Multi-Channel:** A single VT-file may contain rules ranging from highly internal technical or engineering rules (e.g., specifying the emission standards, frequencies etc. based on market) to marketing rules about what values are available in what markets, to rules that map high-level customer requirements to more technical variables. A VT-file may have hundreds of variables, some of which are very technical and others very customer-related, but due to the complete knowledge of the solution space, the configurator can expose only a subset of the variables. This makes it possible to develop specialized configuration applications for specific channels (web-sites, order entry, manufacturing) based on a single VT-file. There may be one configurator application for mobile devices (e.g., iPad), another configurator with more variables on the web-site and a third configurator application for the order entry process with even more choices. But even when the customer uses the mobile configurator and makes just a few choices, since the VT-file has the full set of valid configurations, it can be guaranteed that it is always possible to make choices for the remaining variables. This is a very strong property which ensures that all configuration logic can be combined in one system ("single source of truth") instead of being spread around in a production configurator, a sales configurator and in specialized mobile applications, causing mis-alignment of data and difficulties keeping the configurators up-to-date.

Exhibit N, p. 11.

Upon information and belief, the virtualization table compilation process of Configit Ace builds a representation of the solution space for each rule, then combines the rules to form the combined result.

Upon information and belief, and as illustrated in the figure below, detecting unspecified buildable configurations of a product is an inherent part of creating and validating a single unified model built from multiple separately-authored models. For the VT file to contain the "full set of valid configurations," the compilation process must eliminate unspecified buildable configurations that do not reflect author intent.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

A Virtual Table is a compact representation of the truth-table.  It is constructed by building a representation of the solution space of each rule and then combining the rules to form the combined result. Figure 6 shows a VT representation of the set of valid configurations to the t-shirt model. Each variable in the model is represented by one or two Boolean variables (2 variables for color and size, 1 for print). Every path from the root to the 1-terminal is a valid configuration and the paths to the 0-terminal represent invalid configurations, corresponding to the rows that had been crossed out in Figure 4. The dashed arrows are traversed when the variable is false, the full arrows are traversed when the variable is true.



$x_1^1, x_1^0$   00 : black, 01 : white,    10 : red, 11 : blue

$x_2^1, x_2^0$   00 : small, 01 : medium, 10 : large

$x_3^0$    0  : MIB,    1 : STW

Figure 6: Virtual Table representation of the solution space for the T-shirt

Exhibit N, p. 9.

Upon information and belief, and as illustrated in the figure below, Configit Ace's building of the virtualization table is an automatic process, and the resulting virtualization table represents the set of all valid configurations, which must exclude unspecified buildable configurations from the consolidation model.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## 6. Compilation Statistics

The compilation step solves the difficult part of the configuration problem by computing the VT-representation of the set of all valid configurations. This step may use significant computer resources in terms of CPU-time and memory. However, real-life models have a lot of structure which the compiler uses to quickly compute the VT-file. Table 1 shows statistics for some

models from our customers, ranging from a few hundred variables to a few thousand (these are typical sizes of product models). The table shows that the VT-file typically is calculated in a few seconds and the VT-file size is in the order of a few megabytes.

Table 1: Compilation times and size of VT-files for typical models. The VT-files are compiled on a PC with an Intel Core 2 Quad CPU (Q9950@2.83GHz) with 8 GB memory and running Windows 7 x64.

| Model Name | Num Vars | Num Rules | Size of VT file (kB) | Compilation time (sec) |
|---|---|---|---|---|
| ELION | 299 | 190 | 477 | 4.9 |
| cooling_2 | 302 | 81 | 96,420 | 20.9 |
| Dooria_Almeria_999+mst-cstob | 310 | 18 | 5,735 | 8.7 |
| Smaarulle | 455 | 98 | 1,679 | 9.4 |
| ADC_FIBER_PATCHCORDS_FIBER_PATCHCORD_PROFILE | 471 | 76 | 1,170 | 5.6 |
| EVOS | 510 | 1,152 | 5,664 | 6.1 |
| 3940000000_KONFIGURATIONSPROFIL_394 | 514 | 297 | 1,668 | 22.9 |
| MECR_MECR_NEMA | 564 | 320 | 1,513 | 12.8 |
| DHI-Software-2007 | 1,447 | 1,517 | 2,545 | 9.2 |
| DHI-Software-2008 | 1,741 | 1,833 | 3,083 | 5.9 |
| VMP5000_2_2.06 | 1,893 | 1,380 | 2,359 | 5.6 |
| ADC_FDF_FRAMES_FDF_FRAMES_PROFILE | 2,147 | 1,527 | 3,295 | 6.2 |
| IntegrationTurbine | 15,734 | 15,458 | 28,857 | 23.8 |

Exhibit N, pp. 9-10.

Upon information and belief, and as illustrated in the figure below, Configit Ace provides for detailed analyses at modeling time that can prove that a test holds for every valid configuration. For the analyses to be accurate, Configit Ace must check the tests against only buildable configurations generated from the VT file.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

2. **Quality Assurance of Rules:** Since the VT-file represents every valid configuration, it is possible to perform detailed analyses at modeling time. Similar to what is known from software development, it is possible to express *tests* that are checked each time the product model is modified. Such a test can express that when certain variables have given values, other variables must be set to or cannot take certain values. Unlike normal software-test where the input-combinations are non-exhaustive, it is possible to *prove* that the test holds for every valid configuration. Such tests can be very useful to ensure that the BOM is correct, i.e., that for every valid configuration, the BOM is not missing any parts and there are not too many parts (e.g., two engines selected for a given configuration)

Exhibit N, p. 10.

Configit has been and is now directly infringing, and indirectly infringing by way of inducing infringement and/or contributing to the infringement of the '612 Patent in the United States by, among other things, making, using, licensing, selling, offering for sale, and/or importing the Configit Ace software covered by one or more claims of the '612 Patent, all to the injury of Versata.

The Configit Ace software's infringement of the '766 Patent has occurred, and is occurring within the United States. For example, the Configit Ace software is used by JLR, which has a Research and Innovation Plant in Portland Oregon. *See* Exhibit E; *see also* https://www.jaguarlandrover.com/2020/global-footprint. Configit Ace software is also used by ABB, which has over 50 US-based entities, including headquarters in North Carolina, an installation products facility in Arizona, and an industrial automation facility in Wisconsin. *See* Exhibit E; *see also* https://new.abb.com/locations/map#location=US. Furthermore, the Configit Ace software is advertised as being designed to function as an enterprise's single source of configuration rules and associated models (*i.e.*, structures). Exhibit G, p. 10. Upon information and belief, the Configit Ace software is hosted on corporate-owned servers in the US, or to the extent the cloud-based version of Configit Ace is utilized, it is hosted on US-based cloud resources, as it is customary in the industry to locate server resources for cloud-based operations as close to customers as possible for the purposes of speed and reliability. All major cloud providers utilize multiple US-based

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   hosting regions. *See, e.g.,* https://www.oracle.com/cloud/data-regions.html
2   #northamerica;https://aws.amazon.com/about-aws/global-infrastructure/regions_az/;
3   https://cloud.google.com/about/locations/; https://azure.microsoft.com/en-us/global-
4   infrastructure/geographies/.

5   Furthermore, Configit led and participated in multiple trade shows and product
6   demonstrations within the United States over the infringement period, where upon
7   information and belief, the directly infringing acts were practiced to demonstrate the
8   Configit Ace software. For example in 2016 and 2017, Configit hosted a three-day
9   "CLM Summit" at Marco Island, Florida for developers, analysts, researchers, and
10  providers. At the event, attendees were invited to explore technologies and strategies
11  for enterprise-wide configuration capabilities and to connect to peers. *See*
12  https://web.archive.org/web/20160424124629/http://configit.com/about/events/;
13  https://web.archive.org/web/20170722164037/https://configit.com/event/clm-
14  summit-2017/.

15  Additionally, in May 2018, Configit sponsored and presented product
16  demonstrations for industrial productization at the PI PLMx (Product Innovation
17  Product Lifecycle Management expo) trade show in Chicago. *See*
18  https://web.archive.org/web/20181106012013/https://configit.com/events/;
19  https://events.pi.tv/2018/plmx_us/; https://events.pi.tv/2018/plmx_us/sponsors.

20  In yet another example from 2018, Configit sponsored an automotive IT
21  conference in Atlanta. *See* https://web.archive.org/web/20181106012013/https://
22  configit.com/events/; https://web.archive.org/web/20180706225419/http://www.
23  automotiveit.com/sponsors-1/.

24  Upon information and belief, pursuant to 35 U.S.C. § 271(b), Defendant
25  Configit has knowingly induced its customers to directly infringe at least claim 1 of
26  the '612 Patent by selling, offering for sale, providing, maintaining, and/or licensing
27  its Configit Ace software with the intent that those customers use the Configit Ace
28  software in the United States.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

Upon information and belief, pursuant to 35 U.S.C. § 271(c), Defendant Configit has also knowingly contributed to the direct infringement of at least claim 1 of the '612 Patent by importing, selling, offering to sell, maintaining, licensing, and/or otherwise supplying the Configit Ace software to customers, which has no substantial noninfringing use, is not a staple article of commerce, is especially designed for use in the patented invention, and constitutes a material part of the patented invention.

At least as early as its receipt of Versata's Original Complaint, Configit has had knowledge of the '612 Patent, has had written notice of its infringement, has intended that its customers infringe the '612 Patent by their use of the Configit Ace software, has actively induced such infringement by continuing to sell, offer for sale, provide, maintain, and/or license the Configit Ace software to its customers in the United States. Despite such knowledge, Defendant continues to infringe the '612 Patent.

Configit's acts of infringement have been willful, deliberate, and in reckless disregard of Versata's patent rights and will continue unless permanently enjoined by this Court.

### Count III – Violation Of Defend Trade Secrets Act of 2016
**(18 U.S.C. § 1836, *et seq*.)**

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

Versata's Trade Secrets constitute trade secrets as defined by the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq*.

Versata's Trade Secrets relate to products and services used, sold, shipped and ordered in, or intended to be used, sold, shipped, and/or ordered in interstate or foreign commerce.

Versata's Trade Secrets derive substantial independent economic value by not being generally known to the public, and specifically by not being known to Versata's competitors. They are not generally known within the industry and represent years of extensive research and development undertaken by Versata. Further, Versata

Kinsella Weitzman Iser Kump llp
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
Tel 310.566.9800 • Fax 310.566.9850

1    undertakes all reasonable efforts to maintain the secrecy of its Trade Secrets from

2    disclosure, including, but not limited to, imposition of duties of confidentiality with

3    its potential customers and licensees and use of contractual agreements expressly

4    prohibiting improper use and disclosure of Versata's Trade Secrets by its potential

5    customers and licensees.

6        Upon information and belief, Configit misappropriated Versata's Trade Secrets

7    by disclosing, using, and continuing to improperly disclose and use ACM, Retail

8    Config, and Versata's Trade Secrets to develop its own intellectual property,

9    including patents, and to develop its own configuration software that it has licensed,

10   and continues to license, to entities in the United States. Further, upon information

11   and belief, Configit knew, or should have known, at the time of acquisition, use and/or

12   disclosure that ACM, Retail Config, and Versata's Trade Secrets were acquired under

13   circumstances giving rise to a duty to maintain the secrecy of the Trade Secrets, and

14   were derived from or through a person who owed a duty to Versata to maintain the

15   secrecy of Versata's Trade Secrets.

16       Upon information and belief, Configit's improper acquisition, disclosure, use,

17   and/or continuing use of Versata's Trade Secrets constitutes a violation of the Defend

18   Trade Secrets Act.

19       Upon information and belief, Configit's conduct and continued possession, use,

20   and disclosure of Versata's Trade Secrets has caused, and unless enjoined by the

21   Court, will continue to cause, irreparable harm and injury to Versata. Versata has no

22   other adequate remedy at law for such acts and threatened acts. Versata, therefore,

23   requests a permanent injunction, restraining and enjoining Configit and its affiliates,

24   subsidiaries, directors, officers, employees, agents and representatives, and anyone

25   acting in concert with them, from: (i) obtaining, using or disclosing Versata's Trade

26   Secrets for any purpose whatsoever; (ii) developing or marketing any products that

27   rely on, use, or disclose any of Versata's Trade Secrets; and (iii) directing Configit to

28   return immediately all of Versata's Trade Secrets in Configit's possession, custody or

Kinsella Weitzman Iser Kump LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

control.

Upon information and belief, as a direct and proximate result of Configit's unlawful, tortious conduct, Versata has been damaged and Configit has been unjustly enriched. With respect to Configit, this unjust enrichment includes value and profits attributable to Versata's Trade Secrets, including time and resources saved in research and development costs by using Versata's Trade Secrets to develop its own software and patents. Thus, Versata seeks its actual damages caused by Configit's misappropriation and any unjust enrichment obtained by Configit (including the gains, profits, and advantages obtained by Configit as a result of the wrongful acts alleged herein), as well as any other remedies available under applicable law, including, if warranted, imposition of liability for a reasonable royalty for the unauthorized acquisition, disclosure, use, and continuing use of Versata's Trade Secrets.

Upon information and belief, Configit's misappropriation of Versata's Trade Secrets was intentional, knowing, willful, and malicious. Thus, Versata is further entitled to an award of exemplary damages and reasonable and necessary attorney's fees.

## Count IV: Violation of the California Uniform Trade Secrets Act
### (Cal. Civ. Code § 3426.1, *et seq.*)

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

Configit's prohibited and improper acquisition, disclosure, use, and/or continuing use of Versata's Trade Secrets constitutes a violation of the California Uniform Trade Secrets Act, Cal. Civ. Code § 3426.1, *et seq*.

As set forth in detail above, Versata's Trade Secrets constitute protected trade secrets. This information was compiled by Versata over many years and at great expense. Versata undertakes great efforts to ensure that its trade secrets are kept secret, not generally known or available to the public, and not readily ascertainable

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • Fax 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

by proper means. The steps taken by Versata to protect its Trade Secrets include requiring its licensees to sign contracts restricting disclosure of Versata's Trade Secrets and limiting use only to the extent necessary to allow properly licensed entities access to ACM, Retail Config, and Versata's Trade Secrets. Versata's Trade Secrets provide the company with a competitive advantage in the marketplace, and are not ascertainable by proper means by others who might use it to such an advantage.

Upon information and belief, Configit misappropriated Versata's Trade Secrets by improperly acquiring, disclosing, using, and continuing to improperly disclose and use ACM, Retail Config, and Versata's Trade Secrets by claiming as its own intellectual property developed using Versata's Trade Secrets and by licensing and continuing to license configuration software developed using ACM, Retail Config, and Versata's Trade Secrets.

Upon information and belief, Configit's improper acquisition, disclosure, use, and/or continuing use of Versata's Trade Secrets constitutes a violation of the California Uniform Trade Secrets Act.

Upon information and belief, as a direct and proximate result of Configit's willful and unlawful misappropriation, disclosure, use, and/or continued use of Versata's Trade Secrets, Versata has suffered and will continue to suffer substantial harm. In addition to the monetary damages already sustained by Versata, Configit has also been unjustly enriched as a result of its unlawful conduct. Further, Versata has been and continues to be irreparably damaged, for which there is no adequate remedy at law, and imposition of an injunction is warranted.

Further, upon information and belief, Configit's misappropriation of Versata's Trade Secrets was intentional, knowing, willful, and malicious. Versata therefore seeks an award of exemplary damages pursuant to Cal. Civ. Code § 3426.3(c) due to Configit's willful and malicious misappropriation of Versata's Trade Secrets.

Pursuant to Cal. Civ. Code § 3426.4, Versata is also entitled to recover, and hereby pleads the Court for an award of, its reasonable and necessary attorneys' fees

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

in connection with Configit's misappropriation of Versata's Trade Secrets.

## Count V: Declaratory Judgment

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

An actual controversy has arisen between Versata and Configit concerning the nature of Configit's use and disclosure of ACM, Retail Config, and Versata's Trade Secrets.

Upon information and belief, Configit has, and continues to, develop technology and other intellectual property, including patents and software, by using ACM, Retail Config, and Versata's Trade Secrets.

Accordingly, Versata seeks a judicial determination of the parties' respective rights and duties, and a declaration affirming that Versata is the sole owner of all technology and other intellectual property developed using ACM, Retail Config, and/or Versata's Trade Secrets.

A judicial determination resolving this actual controversy is necessary and appropriate at this time to prevent Configit's unjustified past and continuing misappropriation of Versata's Trade Secrets.

## REQUEST FOR INJUNCTIVE RELIEF

Versata incorporates by reference each of the preceding paragraphs of the Complaint as though fully set forth herein.

To preserve the status quo until trial in this cause, Versata requests the Court to enjoin and restrain Configit, and its agents, servants, employees and all persons acting under, and in concert with, or for Configit from: (i) infringing Versata's Patents; (ii) copying, reverse engineering, or disseminating Versata's Trade Secrets and confidential information; and (iii) taking action or encouraging others to take action to harm Versata's business. Unless Configit is enjoined from engaging in additional misconduct, Versata will be irreparably harmed in the marketplace. Such misconduct has resulted in loss already, which is unascertainable at this point in time,

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and will result in future economic loss.

2     Versata has no adequate remedy at law for Configit's misconduct, as money

3  damages are not adequate to compensate for the ongoing harm caused by its

4  misconduct.

5     Versata has a clear legal right to the requested relief.

6     The public interest favors entry of an injunction to uphold the importance of

7  trade secret preservation and to protect the legitimate business interests of trade secret

8  owners.

9                    **DEMAND FOR JURY TRIAL**

10     Versata demands a trial by jury of any and all issues triable before a jury.

11                    **REQUEST FOR RELIEF**

12  WHEREFORE, Versata prays for judgment as follows:

13  A.   That the Court enter judgment in favor of Versata that Configit has

14       infringed, directly and by way of inducing infringement and/or

15       contributing to infringement of Versata's '766 and '612 Patents.

16  B.   That the Court enter a permanent injunction, enjoining Configit and its

17       officers, directors, agents, servants, employees, affiliates, divisions,

18       subsidiaries, and parents from infringing, inducing the infringement of,

19       or contributing to the infringement of Versata's '766 and '612 and

20       Patents.

21  C.   That the Court enter a judgment and order requiring Configit to pay

22       Versata damages for Configit's infringement of the '766 and '612

23       Patents, together with interest (both pre and post-judgment), costs, and

24       disbursement as fixed by this Court under 35 U.S.C. § 284.

25  D.   That the Court enter a judgment and order finding Configit's

26       infringement willful and awarding treble the amount of damages and

27       losses sustained by Versata as a result of Configit's infringement under

28       35 U.S.C. § 284.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND TRADE SECRET MISAPPROPRIATION

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

E.     That the Court enter a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Versata its reasonable attorney's fees.

F.     That the Court enter an award in favor of Versata and against Configit for such damages as Versata has sustained in consequence of Configit's misappropriation of Versata's Trade Secrets.

G.     That the Court enter an award in favor of Versata and against Configit for exemplary damages for Configit's willful and malicious appropriation of Versata's Trade Secrets.

H.     That the Court enter injunctive relief prohibiting Configit from using any Versata Trade Secrets and from selling or licensing any software services or other products based thereon, regardless of whether the trade secrets are embodied only in a component part of a larger software service.

I.     That the Court enter an injunction requiring Configit to return all of Versata's Trade Secrets.

J.     That the Court enter a declaratory judgment regarding the parties' rights and interests in all technology and other intellectual property developed by Configit using ACM, Retail Config, and Versata's Trade Secrets;

K.     That the Court enter a judgment awarding Versata its reasonable and necessary attorneys' fees incurred in, and related to, this action;

L.     Pre- and post-judgment interest at the highest rate allowable by law;

M.     Costs of court; and

N.     All such further and additional relief to which Versata may be entitled.

1

## DEMAND FOR JURY TRIAL

2

3       Pursuant to the Seventh Amendment of the United States Constitution and

4   Federal Rule of Civil Procedure 38, plaintiffs, and each of them, demand a trial by

5   jury on all issues so triable.

6

7   DATED: January 15, 2021                    Respectfully Submitted,

8                                              KINSELLA WEITZMAN ISER

9                                              KUMP LLP

10

11                                             By: */s/ Alan Kossoff*

12                                                 Alan Kossoff

13                                                 Attorneys for Plaintiffs

14                                                 Versata Software, Inc. f/k/a
                                                   Trilogy Software, Inc. and

14                                                 Versata Development Group, Inc**.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KINSELLA WEITZMAN ISER KUMP LLP**
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850