KINSELLA WEITZMAN ISER KUMP LLP
ALAN KOSSOFF (SBN 150932)
  akossoff@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

BRACEWELL LLP
CONOR M. CIVINS (TX Bar No. 24040693) (*admitted pro hac vice*)
  conor.civins@bracewell.com
MICHAEL CHIBIB (TX Bar No. 00793497) (*admitted pro hac vice*)
  michael.chibib@bracewell.com
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061

Attorneys for Plaintiff VERSATA
SOFTWARE, INC. f/k/a TRILOGY
SOFTWARE, INC. and VERSATA
DEVELOPMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONFIGIT A/S, <br><br> Defendant. | Case No. 2:20-cv-09019-JAK-MRW <br><br> The Hon. John A. Kronstadt, United States District Judge, presiding <br><br> **PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS; AND DECLARATION OF MICHAEL CHIBIB IN SUPPORT THEREOF** <br><br> **[PROPOSED] ORDER SUBMITTED SEPARATELY** <br><br> Action Filed:  October 1, 2020 <br> Trial Date:  None Set |

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

30657-00002/729444.1

1

**TO DEFENDANT CONFIGIT A/S AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to  Local Rule 7-19 of this Court, Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.(collectively, "Plaintiffs") hereby apply *ex parte* for an order extending the briefing schedule for the pending Motion to Dismiss ("Motion") filed by Defendant Configit A/S. ("Defendant"), scheduled for hearing on June 7, 2021.  Plaintiffs request that the Court extend the deadlines so as to allow Plaintiffs to file their opposition to the Motion by March 31, 2021 and to allow Defendant to file its reply in support of the Motion by April 21, 2021.  Defendant does not oppose Plaintiffs' request.  Declaration of Michael Chibib ("Chibib Decl."), ¶¶ 3,5.

This Application is necessary because the Court's Initial Standing Order for Civil Cases appears to only allow the parties to stipulate to an extension of the briefing schedule on the Motion *without* the Court's approval if the extension is sought within seven days of the filing of the Motion, and here the Motion was filed more than seven days prior to the date of this filing.  As set forth in the accompanying Memorandum of Points and Authorities, good cause exists for the requested relief, and neither Defendant nor the Court will suffer prejudice as a result of the requested extension.

Pursuant to  Local Rule 7-19.1 and the Court's Initial Standing Order for Civil Cases, counsel for Plaintiffs advised counsel for Defendant of the nature and substance of the relief sought in this Application by telephone and email on March 11, 2021.  Chibib Decl., ¶ 5.  Counsel for Defendant indicated that Defendant does not oppose the Application for requested relief.  *Id*.  Contact information for Defendant's counsel is as follows:

David M. Hoffman
Claire J. Krebs
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  hoffman@fr.com
   krebs@fr.com
2
   Seth M. Sproul
3  FISH & RICHARDSON P.C.
   633 West Fifth Street, 26th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 533-4240
5  Facsimile: (858) 678-5099
   sproul@fr.com
6
7       This Application is based upon this Application, the accompanying

8  Memorandum of Points and Authorities and Declaration of Michael Chibib, all

9  items in the Court's file on this matter, and on such further matters as may be

10 presented to the Court at the hearing of this matter.

11

12 DATED:  March 11, 2021          KINSELLA WEITZMAN ISER KUMP LLP

13

14

15 By: _____

16     Alan Kossoff
       Attorneys for Plaintiff VERSATA
17     SOFTWARE, INC. f/k/a TRILOGY
       SOFTWARE, INC. and VERSATA
18     DEVELOPMENT GROUP, INC.

19

20

21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.     INTRODUCTION

By this *ex parte* Application (the "Application"), Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.(collectively, "Plaintiffs") respectfully request that the Court extend the briefing schedule for the pending Motion to Dismiss of Defendant Configit A/S. ("Defendant"), currently scheduled for hearing on June 7, 2021.  Plaintiffs ask that the Court extend the deadlines so as to allow (1) Plaintiffs to file their opposition to the Motion to Dismiss by March 31, 2021; and (2) Defendant to file its reply in support of the Motion to Dismiss by April 21, 2021.  Defendant does not oppose the requested extension of the briefing schedule.  Declaration of Michael Chibib ("Chibib Decl."), ¶¶ 3,5.

## II.     BACKGROUND FACTS

Plaintiffs commenced this action on October 1, 2020.  Dkt. 1.  On January 15, 2021, pursuant to a stipulation between the parties, Plaintiffs filed a First Amended Complaint.  Dkt 22, 23.  On February 12, 2021, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which Defendant scheduled for hearing on June 7, 2021 (a date more than 90 days after the filing date).  Dkt. 29-1.

Under the Court's Initial Standing Order for Civil Cases (the "Standing Order"), because the Motion to Dismiss was filed and set for hearing more than 70 days from the date of the filing, Plaintiffs' opposition was to be filed 21 days after the filing of the Motion to Dismiss (March 5, 2021), and Defendant's reply is to be filed 14 days thereafter (March 19, 2021).  Dkt. 16 at 8-9.  The parties, however, have agreed that a continuance of the briefing schedule is appropriate under the circumstances (Chibib Decl., ¶ 3), and thus seek to extend such deadlines consistent with the Court's guidance as set forth in Paragraph 9.b.(b) of the Standing Order.  Paragraph 9.b.(b) provides that, with respect to motions set for hearing more than 70 days after the filing date, the Court will permit the parties to stipulate, without a

Kinsella Weitzman Iser Kump llp
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
Tel  310.566.9800  •  Fax 310.566.9850

court order, to a briefing schedule "so long as the reply is filed no later than five (5) weeks prior to the hearing date" and the stipulation is "filed within seven (7) calendar days from the date the motion is filed."  Dkt 16 at 9.  Because the parties agreed to the extended briefing schedule more than seven days after the Motion to Dismiss was filed, there was some uncertainty as to whether a stipulation and proposed order would be an appropriate means to request the extension.  Accordingly, Plaintiffs have elected to proceed by this unopposed *ex parte* Application.  Chibib Decl., ¶¶ 3, 5.

## III.   <u>ARGUMENT</u>

Good cause exists for the requested extension of the briefing schedule on the Motion to  Dismiss.  The Motion to Dismiss seeks to dismiss each of Plaintiffs' four claims for relief (including multiple counts for patent infringement). Dkt. 29-1.  A twenty-six day extension of time for Plaintiffs to analyze and respond to such arguments, and a one week extension of time for Defendant to file its reply, is appropriate given the complexity of the claims and the extensive arguments made in the Motion to Dismiss.  In addition, Plaintiffs will suffer prejudice if the extension is not granted in that they will be denied the opportunity to fully respond and oppose the Motion to Dismiss.  Chibib Decl., ¶ 4.

On the other hand, no prejudice will result to Defendant or the Court from the requested extension.  Defendant has agreed to the requested briefing schedule, and thus does not oppose Plaintiffs' Application.  Chibib Decl., ¶¶ 3, 5.  Moreover, under the requested briefing schedule, the Court will receive the reply brief in support of the Motion to Dismiss by April 21, which means that the Motion will be fully briefed more than six weeks prior to the hearing on the Motion.  Pursuant to the Standing Order, the Court permits extensions of briefing schedules which result in the Court receiving all briefing at least five (5) weeks prior to a hearing date.  *See* Dkt. 16 at 9.

Finally, relief on an *ex parte* basis is appropriate here because Plaintiffs could

Kinsella Weitzman Iser Kump LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  not seek the requested relief by ordinary noticed motion given that any such motion

2  would not be heard until after the deadline Plaintiffs ask the Court to set for the

3  filing of Plaintiffs' Opposition to the Motion to Dismiss.  In addition, Plaintiffs have

4  been diligent in seeking the extension of the briefing schedule and in bringing the

5  matter to the Court's attention.  Upon learning of its need to seek an extension,

6  Defendant promptly sought Plaintiffs' agreement to an extension and filed this

7  application within 48 hours of securing that agreement.  Chibib Decl., ¶¶ 3, 5.

8  **IV.**    **CONCLUSION**

9        For all the foregoing reasons, Plaintiffs respectfully request that the Court

10  grant their *ex parte* Application, and extend the briefing schedule on the pending

11  Motion such that (1) Plaintiffs are required to file their Opposition to the Motion to

12  Dismiss no later than March 31, 2021; and (2) Defendant is required to file its Reply

13  in support of the Motion to Dismiss no later than April 21, 2021.

14

15  DATED:  March 11, 2021          KINSELLA WEITZMAN ISER KUMP LLP

16

17

18                                  By: _____

19                                      Alan Kossoff
                                        Attorneys for Plaintiff VERSATA
20                                      SOFTWARE, INC. f/k/a TRILOGY
                                        SOFTWARE, INC. and VERSATA
21                                      DEVELOPMENT GROUP, INC.

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# DECLARATION OF MICHAEL CHIBIB

I, Michael Chibib, declare as follows:

1.     I am an attorney admitted *pro hac vice* in the above-captioned matter.  I am a partner with Bracewell LLP, attorneys of record for Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. (collectively, "Plaintiffs").  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.     On February 12, 20210, Defendant Configit A/S ("Defendant") filed a Motion to Dismiss Plaintiffs' First Amended Complaint, and scheduled the hearing on the Motion to Dismiss for June 7, 2021, a date more than 90 days after the filing date.

3.     Prior to the filing of this Application, I had  discussions with David Hoffman, counsel for Defendant, regarding extending the briefing schedule for Defendant's Motion to Dismiss.  On March 10, 2021, Mr. Hoffman agreed to the following briefing schedule: (a) Plaintiffs would file their Opposition to the Motion to Dismiss no later than March 31, 2021; and (b) Plaintiffs would file their Reply in support of the Motion to Dismiss no later than April 21, 2021.  Counsel, however, disagreed as to whether the proper means for seeking the extension was through a stipulation and proposed order or  an unopposed motion/ex parte application.  Mr. Hoffman advised me that he did not believe a stipulation was the proper vehicle for seeking the extension but that he would not oppose any motion filed by Plaintiffs which requested the extension.

4.     Good cause exists for the requested extension in that it will provide Plaintiffs with the time needed to fully respond to the arguments raised in the Motion to Dismiss.  Plaintiffs will suffer prejudice if the requested extension is denied as they will be deprived of the opportunity to fully respond and oppose the Motion.

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

5.      On March 11, 2021, I spoke by telephone with Mr. Hoffman.  During the call, I advised Mr. Hoffman that Plaintiffs intended to file an *ex parte* application that day requesting the extended briefing schedule on the Motion to Dismiss that counsel for the parties had previously agreed upon, that we would e-mail Mr. Hoffman the application as soon as it was filed, and that Defendant would have twenty-four hours from service of the application to oppose the anticipated application.  Mr. Hoffman indicated that Defendant does not oppose the requested extension and would not oppose the *ex parte* Application.  That same day, I sent Mr. Hoffman an email confirming our telephone conversation.  A true and correct copy of my email is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2021 at Austin, Texas.

_____
Michael Chibib

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# Exhibit A

**Kristen L. Spanier**

| | |
|---|---|
| **From:** | Chibib, Michael <michael.chibib@bracewell.com> |
| **Sent:** | Thursday, March 11, 2021 2:25 PM |
| **To:** | David Hoffman; Seth Sproul; Civins, Conor; Gates, Matt; Schuettenhelm, Jared |
| **Cc:** | Alan R. Kossoff; Kristen L. Spanier; Michelle Law |
| **Subject:** | Ex Parte application, re: briefing schedule for Configit's MTD |

**\*\*CAUTION: This email originated from outside of the organization.\*\***

David – thanks for talking today about plaintiffs' intention to file an *ex parte* application requesting an extension to the briefing schedule on defendant's MTD. The requested extensions gives plaintiffs until March 31, 2021 to file their opposition, and gives defendant until April 21, 2021 to file its reply.  I will send you a copy of the Application once filed and you will have twenty-four hours from service to oppose it.  I understand from our call that Configit does not oppose the extension and would not oppose the *ex parte* Application.

Best regards,

mike

---

**MICHAEL CHIBIB**
Partner
michael.chibib@bracewell.com | download v-card
T: +1.512.494.3635 | F: +1.512.479.3945 | M: +1.512.289.8509

**BRACEWELL LLP**

111 Congress Avenue, Suite 2300 | Austin, TX | 78701-4061
bracewell.com | profile | LinkedIn | Twitter



CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**PROOF OF SERVICE**
*Versata Software, Inc., et al. v. Configit A/S*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On March 11, 2021, I served true copies of the following document(s) described as **PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS; AND DECLARATION OF MICHAEL CHIBIB IN SUPPORT THEREOF** on the interested parties in this action as follows:

| | |
|---|---|
| David M. Hoffman | *Attorneys for Defendant* |
| Claire J. Krebs | *Configit A/S* |
| FISH & RICHARDSON P.C. | |
| 111 Congress Avenue, Suite 810 | |
| Austin, TX 78701 | |
| Telephone: (512) 472-5070 | hoffman@fr.com |
| Facsimile: (512) 320-8935 | krebs@fr.com |
| | |
| Seth M. Sproul | *Attorneys for Defendant* |
| FISH & RICHARDSON P.C. | *Configit A/S – local counsel* |
| 633 West Fifth Street, 26th Fl. | |
| Los Angeles, CA 90071 | |
| Telephone: (213) 533-4240 | sproul@fr.com |
| Facsimile: (858) 678-5099 | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address kspanier@kwikalaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 11, 2021, at Santa Monica, California.

Kristen L. Spanier

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

30657-00002/729444.1