*[COUNSEL LISTED ON SIGNATURE BLOCK]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONFIGIT A/S,<br><br>Defendant. | Case No. 2:20-cv-09019-JAK(MRWx)<br><br>**JOINT REQUEST PURSUANT TO L.R. 83-9.2 FOR DECISION ON CONFIGIT A/S'S MOTION TO DISMISS**<br><br>Judge: Hon. John A. Kronstadt |

TO THE HONORABLE COURT:

On February 12, 2021, Defendant Configit filed its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 29. On March 31, 2021, Plaintiff Versata filed its opposition to Configit's motion. Dkt. 33. On April 21, 2021, Configit filed its reply. Dkt. 36. The Court took the motion under submission without oral argument on June 1, 2021, Dkt. 38, thus briefing on Configit's Motion was deemed submitted on April 21, 2021. L.R. 83-9.1.1(a).

When a motion has been pending for more than 120 days from the date of submission, Local Rule 83-9.2 requires the parties to "request a decision be made without further delay." As this case was submitted 130 days ago, the Parties hereby so respectfully request.

A copy of this request is also being sent to the Honorable Chief Judge Philip S. Gutierrez, as also required by the local rules. See L.R. 83-9.2.

Dated: September 1, 2021                    Respectfully submitted,

/s/ Conor M. Civins                         /s/ Seth M. Sproul
Alan R Kossoff (SBN 150932)                 David M. Hoffman (*pro hac vice*)
akossoff@kwikalaw.com                       hoffman@fr.com
Jonathan P Steinsapir (SBN 226281)          111 Congress Ave., Suite 810
jsteinsapir@kwikalaw.com                    Austin, TX 78701
KINSELLA WEITZMAN ISER                      Tel: (512) 472-5070
KUMP LLP                                    Fax: (512) 320-8935
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401                      Danielle J. Healey (to be admitted *pro hac vice*)
Tel: (310) 566-9800                         healey@fr.com
                                            FISH & RICHARDSON P.C.
Conor M. Civins (*pro hac vice*)            1221 McKinney Street, Suite 2800
conor.civins@bracewell.com                  Houston, TX 77010
Michael Chibib (*pro hac vice*)             Tel: 713-654-5300
michael.chibib@bracewell.com                Fax: 713-652-0109
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061                       Seth M. Sproul (SBN 217711)
Tel: (512) 494-3970                         sproul@fr.com
                                            FISH & RICHARDSON P.C.
***Attorneys for Plaintiffs,***             633 West Fifth Street, 26th Floor
***Versata Software, Inc. f/k/a Trilogy***  Los Angeles, CA 90071
***Software, Inc. and Versata***            Tel: (213) 533-4240
***Development Group, Inc.***               Fax: (858) 678-5099

| | |
|---|---|
| 1 | |
| 2 | Tim Rawson (SBN 304755) |
| 3 | rawson@fr.com |
| 4 | FISH & RICHARDSON P.C. |
| 5 | 12860 El Camino Real, Ste. 400 |
|   | San Diego, CA 92130 |
|   | Tex: (858) 678-5070 |
|   | Fax: (858) 678-5099 |

*Counsel for Defendant, Configit A/S*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 1, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Seth M. Sproul*
Seth M. Sproul
sproul@fr.com

**Attorney for Defendant, Configit A/S**