KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
ALAN KOSSOFF (SBN 150932)
akossoff@kwikhlaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
jsteinsapir@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Bracewell LLP
CONOR M. CIVINS (admitted *pro hac vice*)
conor.civins@bracewell.com
MICHAEL CHIBIB (admitted *pro hac vice*)
michael.chibib@bracewell.com
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061
Telephone: 512.494.3970
Facsimile: 800.400.3970

Counsel for Plaintiffs, Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONFIGIT A/S,<br><br>Defendant. | Case No. 2:20-cv-09019-JAK (MRWx)<br><br>**PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>[Declaration of Conor Civins; [Proposed] Order; and [Proposed] Letter of Request Submitted Concurrently]<br><br>**DISCOVERY MATTER** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19 and Federal Rules of Civil Procedure 28(b) and 28 U.S.C. § 1781(b)(2), Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. ("Versata"), hereby move this Court pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. 7444, for an order granting Plaintiff's Unopposed Ex Parte Application for Issuance of Letter of Request for International Judicial Assistance (the "Application").

As described in the Memorandum of Points and Authorities below, Plaintiffs respectfully submit the Court should grant Plaintiff's Application and issue a Letter of Request to assist Plaintiffs to gather evidence, including documents and oral testimony, from third party Jaguar Land Rover Automotive PLC ("JLR UK"), located in the United Kingdom. JLR UK possesses information relevant to this litigation.

This application is based on the information provided herein, the accompanying Memorandum of Points and Authorities, the Declaration of Conor M. Civins and exhibits thereto, the Court's record on this matter, and other evidence and argument that may be presented prior to the Court's decision on this Application.

This application is made following conferences with counsel pursuant to Local Rule 7-3, including on August 10, 2022. Defendant has stated it is unopposed to the Application. Pursuant to Local Rule 7-19, Defendant's counsel's name, address, telephone number and e-mail address are: David Hoffman, Fish & Richardson P.C., 111 Congress, Suite 810, Austin, Texas 78701, (512) 226-8154, Hoffman@fr.com; Sean Sproul, Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130, (858) 678-4343, Sproul@fr.com.

Respectfully Submitted

Dated: August 25, 2022          /s/     Conor Civins

Alan R. Kossoff
akossoff@kwikhlaw.com
Jonathan P. Steinspair
jsteinsapir@kwikhlaw.com
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Conor M. Civins (admitted *pro hac vice*)
conor.civins@bracewell.com
Michael Chibib (admitted *pro hac vice*)
michael.chibib@bracewell.com
Bracewell LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Telephone: 512.472.7800
Facsimile: 800.404.3970

**Counsel for Plaintiffs,**
Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-19 and Federal Rules of Civil Procedure 28(b) and 28 U.S.C. § 1781(b)(2), Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. ("Versata") respectfully move this Court for issuance of a Letter of Request to obtain evidence from third party Jaguar Land Rover Automotive PLC ("JLR UK"), regarding issues directly relevant to this case. JLR UK resides outside of the United States and is therefore outside of the normal process for procuring testimony and documents under the Federal Rules of Civil Procedure.

## I. INTRODUCTION

Plaintiffs filed suit in this court in October 2020 against Defendant Configit A/S ("Defendant"). This action involves Defendant's alleged misappropriation of Versata's trade secrets as well as Defendant's selling, offering for sale, providing, maintaining, and/or licensing its infringing configuration software to customers and its knowing inducement of its customers to do the same with that software, infringing one or more of the claims of United States Patent Nos. 6,836,766 ("the '766 Patent") and United States Patent No. 10,360,612 ("the '612 Patent") (collectively, the "Asserted Patents"), both owned by Versata. The claims for infringement of the '766 Patent are currently stayed and, therefore, Plaintiffs are not currently seeking any discovery related to the '766 Patent. The suit seeks, among other things, a judgment of infringement of the '612 Patent and a judgment that Configit has misappropriated Versata's trade secrets. Plaintiff also seeks an injunction preventing Configit from continuing to infringe the '612 Patent, misappropriate Versata's trade secrets, or otherwise harm Versata's business, and an award of damages from Defendants to compensate for the alleged patent infringement and trade secret misappropriation.

## II.     STATEMENT OF FACTS

### A.     Versata's Business and Products

Versata is an enterprise software company that has developed, among other things, product configuration software in the automotive space. Through years of extensive research and development, Versata created "Automotive Configuration Manager" ("ACM"), a software platform specifically comprised of extensive trade secrets and proprietary information designed to assist automotive manufacturers, dealers, and consumers in defining, creating, equipping, shopping for, and ordering automotive product configurations. Additionally, Versata created "Retail Config," a software platform comprised of extensive trade secrets and proprietary information that allows consumers to select thousands of custom vehicle configurations online.

### B.     JLR UK's Relationship With Versata and Configit

In 2009, Versata licensed its software in an agreement with "Land Rover on behalf of itself and the JLR Associated Companies" (the "JLR Contracting Party"),[1] and that relationship continued until approximately 2012. At some point during this timeframe, JLR UK began a relationship with Configit. While Versata was aware of Configit as a software entity, Configit's previous software offerings were not equivalent to ACM or Retail Config and could not serve as a substitute for those products given the more advanced and sophisticated automation and other processes present in ACM and Retail Config. However, in 2018 and 2019, Versata discovered that two Configit patents—U.S. Patent No. 10,049,396 ("the '396 Patent"), issued on August 14, 2018, and U.S. Patent No. 10,303,808 ("the '808 Patent"), issued on May 28, 2019 (collectively the "Configit Patents")—specifically identify and disclose features that are the same, or substantially similar

---

[1] JLR UK eventually became the parent for all JLR entities, so the JLR Contracting Party will be referred to as JLR UK here.

to, the Versata trade secrets upon which the ACM and Retail Config software are based.

Versata alleges Configit used its relationship with JLR UK to obtain access to ACM, Retail Config, and Versata's trade secrets and used that information to develop intellectual property, including patents, as well as its own configuration software that it could sell or license to customers in the United States and around the world, including JLR UK.

### C. Versata's Claims

Versata is asserting claims against Configit for misappropriation of Versata's trade secrets under the Defend Trade Secrets Act, 18 U.S.C. § 1836, et seq. Versata also asserts that Configit's automotive configuration software infringes the '612 Patent.

## III. ARGUMENT

Plaintiffs request this Court issue a Letter of Request for International Judicial Assistance to the High Court of England and Wales to obtain documents and testimony from JLR UK relevant to this litigation. A letter rogatory or letter of request is a request for international judicial assistance in which a domestic court requests a foreign court to take evidence from foreign witnesses. *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 247 n. 1 (2004). Courts routinely issue letters of request where, as here, the evidence sought resides outside the United States and "the movant makes a reasonable showing that the evidence sought may be material or may lead to the discovery of material evidence." *Netherby Ltd. v. Jones Apparel Grp., Inc.,* No. 04 Civ. 7028 (GEL), 2005 WL 1214345, at *1 (S.D.N.Y. May 18, 2005); *see also Radware, Ltd. v. A10 Networks, Inc.,* No. C-13-02021, 2014 U.S. Dist. LEXIS 21457, at *14 (N.D. Cal. Feb. 18, 2014) (granting motion for issuance of letter to compel production of documents and testimony from Israeli witnesses). The information Versata seeks through its letter of request is within the scope of discovery under the Federal Rules of Civil

Procedure. Specifically, information sought relates to JLR UK's relationship with Versata and Configit, its understanding of Versata's and Configit's respective products, its communications (both internal and external) regarding the Versata products, its development or joint development of Configit's products, and its decision to purchase or use Configit products rather than Versata products. *See, e.g.,* Declaration of Conor Civins ("Civins Decl."), Exh. A (containing several LinkedIn profiles of current and former Configit, JLR UK employees, or employees of JLR UK's parent entity in the United Kingdom who purport to have been involved in product selection and/or implementation of Configit products). Versata has also sought through discovery from Defendant and JLR UK's United States subsidiaries the information sought through this Letter of Request. Defendant has responded to discovery requests seeking information about the categories of evidence subject to this letter of request, that it will only produce "documents and/or things in Configit's possession, custody or control." *See* Civins Decl., Exh. B. Accordingly, Versata seeks international judicial assistance to acquire information in the possession of JLR UK that is relevant to Plaintiff's claims.

The United Kingdom, where JLR UK resides, and the United States, are both parties to the Hague Convention, which provides the mechanism by which the testimony of a third-party witness may be compelled. *See* Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 ("Hague Convention"); *see also* 28 U.S.C. § 1781. A letter of request to take testimony pursuant to the Hague Convention is an appropriate mechanism for obtaining discovery of a non-party witness in a foreign country. *See SEC v. Leslie*, No. C-07-03444 JF-PVT, 2009 U.S. Dist. LEXIS 24737, at *11-12 (N.D. Cal. Mar. 16, 2009) (granting motion for issuance of letters to compel testimony).

Accordingly, Versata respectfully requests that this Court issue the Letter of

Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil Matters to the Senior Master for the Foreign Process Section in the Queen's Bench Division of the High Court of England and Wales to permit Plaintiff to obtain documentary and testimonial evidence to be used at trial.

Versata has submitted with this Application a Letter of Request and has provided two (2) original copies for the convenience of the court.

Respectfully submitted,

BRACEWELL LLP

Dated: August 25, 2022         /s/     *Conor Civins*

Alan R. Kossoff
akossoff@kwikhlaw.com
Jonathan P. Steinsapir
jsteinsapir@kwikhlaw.com
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Conor M. Civins (admitted *pro hac vice*)
conor.civins@bracewell.com
Michael Chibib (admitted *pro hac vice*)
michael.chibib@bracewell.com
Bracewell LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Telephone: 512.472.7800
Facsimile: 800.404.3970

***Counsel for Plaintiffs,***
Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.