KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
ALAN KOSSOFF (SBN 150932)
akossoff@kwikhlaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
jsteinsapir@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Bracewell LLP
CONOR M. CIVINS (admitted *pro hac vice*)
conor.civins@bracewell.com
MICHAEL CHIBIB (admitted *pro hac vice*)
michael.chibib@bracewell.com
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061
Telephone: 512.494.3970
Facsimile: 800.400.3970

*Counsel for Plaintiffs,*
Versata Software, Inc. f/k/a Trilogy Software, Inc. and
Versata Development Group, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONFIGIT A/S, <br><br> Defendant. | Case No. 2:20-cv-09019-JAK (MRWx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** <br><br> **DISCOVERY MATTER** |

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

Having considered Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc.'s ("Versata") Application for Issuance of Letter of Request for International Judicial Assistance and the concurrently submitted Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad, the Court finds good cause to grant the Application and issue the Letter of Request.

**IT IS HEREBY ORDERED THAT:**.

Plaintiffs' Application for Issuance of Letter of Request for International Judicial Assistance is GRANTED.

The Letter of Request to the Senior Master for the Foreign Process Section in the Queen's Bench Division of the High Court of England and Wales to compel the production of evidence from Jaguar Land Rover Automotive PLC shall issue.

**SO ORDERED.**

Dated: August 25, 2022

_____
UNITED STATES MAGISTRATE JUDGE