KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
ALAN KOSSOFF (SBN 150932)
akossoff@kwikhlaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
jsteinsapir@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Bracewell LLP
CONOR M. CIVINS (admitted *pro hac vice*)
conor.civins@bracewell.com
MICHAEL CHIBIB (admitted *pro hac vice*)
michael.chibib@bracewell.com
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061
Telephone: 512.494.3970
Facsimile: 800.400.3970

*Counsel for Plaintiffs,*
Versata Software, Inc. f/k/a Trilogy Software, Inc. and
Versata Development Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONFIGIT A/S, <br><br> Defendant. | Case No. 2:20-cv-09019-JAK (MRWx) <br><br> **DECLARATION OF CONOR M. CIVINS IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** <br><br> **DISCOVERY MATTER** |

I, Conor M. Civins, declare:

1. I am an attorney with the law firm of Bracewell LLP, counsel of record for Plaintiffs Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. ("Versata"). I submit this declaration in support of Plaintiffs' Application for Issuance of a Letter of Request for International Judicial Assistance. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently to them if called as a witness.

2. Attached as Exhibit A is a collection of true and correct copies of screenshots of LinkedIn profiles of current and former Configit, JLR UK employees, or employees of JLR UK's parent entity in the United Kingdom who purport to have been involved in product selection and/or implementation of Configit products at JLR UK.

3. Attached as Exhibit B are excerpts of Configit A/S's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-95), dated May 12, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of August 2022 at Austin, Texas.

Dated: August 25, 2022                    */s/ Conor M. Civins*
                                          Conor M. Civins