# EXHIBIT A

# EXHIBIT A-1

Wendy Gunton - Business System Analyst - Tata Technologies | LinkedIn
https://uk.linkedin.com/in/wendygunton
28-02-2022
Page 1

**Linked**in    | People ▾ | Wendy | Gunton | 🔍 |      Join now    **Sign in**



### Wendy Gunton
Business System Analyst
Wolston, England, United Kingdom · 402 connections

▪ **Tata Technologies**
▪ **The University of Manchester**

**Join to connect**

## About

A professional and highly respected Business/System Analyst with excellent analytical, investigative and design skills with the ability to see the overview.

Enjoy new challenges and learning new things. Flexible and adept at quickly picking up and running with new ideas and concepts. Adaptable with a proven track record of moving to new technical areas.

Able to quickly identify and resolve key issues related to the task assigned including finding creative solutions. Able to make decisions but also identify when a decision cannot be made and raising it as an issue.

A hard worker able to work with the very briefest of guidance. Pro-active and tend to take the technical lead in tackling important issues. Good 'team player' willing to be consulted and to provide guidance to others.

Extensive experience in the development of complex software systems involving multiple hardware platforms. This includes real time, high availability, embedded software, and web-based management systems. Used waterfall and agile methodologies.

Worked on multiple stages in the software development lifecycle, from identifying issues to supporting manufacturing, including requirement management, software design, data design, code, test, training, hyper-care support and updating business processes.

SELECTED SKILLS AND EXPERIENCE
• Business Transformation driven from the deployment of a new Configuration Management System.
• Gathered requirements using international standards, business processes and pain points to generate business requirements.
• Translated business requirements into technical requirements including software design and data modelling when necessary to specify interfaces and data mapping.
• Requirement management during the implementation and testing stages. This included monitoring software development by 3rd parties.
• Data analysis of configuration data and the design of complex data transformations.
• Application of object-oriented analysis and design using UML and OMT
• Support deployment of new applications and functionality into complex legacy environments. This includes data preparation, user training and hyper-care support.
• Authoring Technical specifications and customer documentation.
• Microsoft 365 (Excel, Word, PowerPoint), and Visio.
• Software programming of embedded real time applications and data management systems. 5 years C, 2 years C++
• Requirement Management Tools, Configuration Management Tools and Fault Management Tools.

## Activity



**I don't really get political on Social Media and I don't have strong party political allegiance; I'm kind-of centre left but admire some MPs of...**
Liked by Wendy Gunton



https://lnkd.in/e_K-qZKF #ai #aidriven
Liked by Wendy Gunton

**#estimate**
Liked by Wendy Gunton

**Join now to see all activity**

## Experience



**Business System Analyst**
Tata Technologies
Oct 2021 - Present · 5 months
Warwick, England, United Kingdom
Supporting a major upgrade of the Configit Ace© Configuration system used by JLR



**Jaguar Land Rover**
9 years 7 months

### People also viewed


**Paul Mellows**
Retired and enjoying life!
Nottinghamshire


**Aditi Trivedi**
Business Analyst | Test Architect | Performance Tuning & Optimization | ITIL Certified
United Kingdom


**Marian Kelly**
Partner Performance Lead at Serco
Greater Leicester Area


**Mohil Tanna**
Developer | TCS Digital Cadre at Tata Consultancy Services
Pune


**Adam Jones**
Manager at Deloitte
London


**Dinesh Voonna**
Senior Technical Consultant at Salesforce
Bengaluru


**Adrian Creek**
China, Technologies & Cloud Lead Security Architect @ Jaguar Land Rover
Lilbourne


**Mark Terry**
Senior Business Analyst JLR projects @ TTL
Solihull


**James Taylor**
Lead Senior Engagement Manager at Rackspace
Laverton


**Eve Chaplin**
Client Relationship Manager at QA Ltd
Glasgow

Show more profiles ⌄

### Add new skills with these courses


Microsoft Azure Synapse for Developers: Scaling Configuration

Software Project Management Foundations

Business Analysis: Essential Tools and Techniques

**See all courses**

### Wendy's public profile badge

Include this LinkedIn profile on other websites



**Wendy Gunton**
Business System Analyst

▪ Business System Analyst at Tata Technologies
▪ The University of Manchester

View profile    **Linked**in

**View profile badges**

Wendy Gunton · Business System Analyst · Tata Technologies | LinkedIn
https://uk.linkedin.com/in/wendygunton
28-02-2022
Page 2

### Business System Analyst

Mar 2019 - Mar 2021 · 2 years 1 month

Coventry, England, United Kingdom

Business / System Analyst supporting a major network upgrade replacing multiple legacy solve engines with the Configit Ace© solve engine.

This included:
* Managed requirements.
* Identified and documented the technical requirements for a new application to translate Configit Ace© Content Management data into legacy data.
* Worked with the Business Users of Configit Ace© to prepare for deployment of Configit Ace Solves. This involved training and mentoring them so that they could update the business processes, and then successfully transition to authoring Content Management data in Configit Ace

Show less ⌃

### System / Business Analyst

Dec 2017 - Mar 2019 · 1 year 4 months

Coventry, England, United Kingdom

Business / System Analyst supporting the deployment of a new configuration lifecycle management system, Configit Ace© in a complex legacy environment.

This included
* Investigated configuration data produced by the legacy authoring application to understand how it was consumed by downstream systems. Determined how the same scenarios could be replicated using data produced by Configit Ace©.
* Generated the requirements and data mapping for a new application which transformed rule and feature data authored in Configit Ace© into the data objects and attributes used by the legacy downstream applications.
* Worked with the external supplier during the development and testing of the translator application to ensure that the transformed data performed the same task as the legacy configuration data.
* Trained JLR Business Users of Configit Ace© to understand the behaviour of the Translator so that they understood how to model rules that were supported by the translator application.
* Provided hyper-care support during the deployment of the translator application.

Show less ⌃

### Business Analyst

Sep 2011 - Dec 2017 · 6 years 4 months

Coventry, England, United Kingdom

Business Analyst supporting the development of a new configuration lifecycle management system, Configit Ace© which supports the mass customization of products. The tool was produced jointly by JLR and Configit

This included
* Managed requirements
* Investigated and documented new functionality requested by Business Users.
* Worked with software supplier Configit to translate business requirements into technical solutions, user stories and data models.
* Monitored the agile software development by attending workshops, reviewing documentation, prototypes, and test results. Also provided clarification and architectural support when necessary.
* Worked with the JLR test team ensure that the new functionality was suitable for deployment. Triaged defects.
* Participated in the integration of Configit Ace© with legacy downstream systems and Dassault Enovia Product Lifecycle Management System suite to provide a single source of truth.

Show less ⌃

**Ericsson Research and Development**

5 years 10 months

### System Analyst

Jun 2010 - Dec 2010 · 7 months

Coventry, England, United Kingdom

System Design supporting an Operation Support System managing SDH, WDM and Ethernet Equipment.

Produced detailed software requirements for a new major release.

### System Analyst

Mar 2005 - May 2010 · 5 years 3 months

Coventry, England, United Kingdom

System design supporting telephony and various multimedia services in the IP network using the IMS (IP Multimedia Subsystem) framework. The IMS system consisted of multiple complex embedded high availability applications which communicated using a variety of protocols including SIP, Diameter and H.248.

This included:
* Generated and managed requirements
* Produced implementation proposals
* Designed Web portal interface
* Authored technical specifications and customer documentation

Show less ⌃



### System Engineer

Marconi

Jun 1999 - Mar 2005 · 5 years 10 months

Coventry, England, United Kingdom

System Design supporting the development of SDH and WDM network and element Managers.

This included:
* Generated requirements and interface specifications
* Proposed general-purpose and innovative tools which logically re-arranged routing information in customer databases.
* Designed a data model which was used to remotely manage data traffic and successfully negotiated its acceptance by six different development teams in Italy and the UK. Also reviewed the designs produced by the different development teams to ensure inter-working.

Show less ⌃

Wendy Gunton · Business System Analyst · Tata Technologies | LinkedIn
https://uk.linkedin.com/in/wendygunton
28-02-2022
Page 3

 **GPT**
8 years 2 months

 **Software Engineer (Network Management)**
Jun 1997 - Jun 1999 · 2 years 1 month
Coventry, England, United Kingdom
Designed and developed software for the network management of telecommunication equipment (SDH and WDM) using OMT and C++

This included
* Designed User interface
* Produced and tested software to manage new switching card within a large high availability management system.

 **Software Engineer (Real-Time Embedded)**
May 1991 - Jun 1997 · 6 years 2 months
Coventry, England, United Kingdom
Designed and developed real-time embedded software for SDH and WDM transmission equipment using C, RTSASD and OMT.

This included
* Analysed international standards and generated detailed requirements
* Wrote and tested firmware for real time, high availability, embedded applications transmission cards
* Negotiated with clients
* Produced compliance statements

 **Software Development Engineer**
GEC Telecommunications
Aug 1979 - Apr 1991 · 11 years 9 months
Coventry, England, United Kingdom
Software Development Engineer developing real-time embedded firmware in a range of small Automatic Call Distribution (ACD)/Private Automatic Branch Exchanges.

This included
* Managed teams of software developers
* Produced and tested real time high availability, embedded software
* Defect management
* Test management
* Authored user documentation

## Education

 **The University of Manchester**
BSc 2.1 Hons
1976 - 1979

## Licenses & Certifications

 **Learning Data Analytics**
LinkedIn
Issued Sep 2021
See credential ↗

## Groups

 **GEC Plessey Telecommunications**
-

 **Contract Business Analyst (UK)**
-

 **UMIST Alumni**
-

 **The University of Manchester Alumni Association**
-

 **Marconi plc**
-

 **The Business and Data Analyst Forum**
-

## Recommendations received

 **Jim Dearn**
"Wendy joined the project team I was working on at JLR without automotive experience but with a excellent understanding of Business Analysis. She was able to apply those skills and produce quality output. What impressed me is the way she would approach a subject area, ask me and others for opinions and keep drilling until a comprehensive understanding was established. This understanding was then documented for all. She quickly gained the confidence of all with her thoroughly professional approach to Business Analysis."

 **LinkedIn User**
"Wendy was positioned in a very difficult and large project aligned to two very large and important programs so requirements gathering was quite a challenge and simultaneously having to ensure she aligned to an evolving methodology made it even more of a challenge, but Wendy approached this positively and endeavoured to apply the rules but using a pragmatic approach to ensure that the Project Managers demands were met. A focused and engaging personality eager to ensure the right things are done whilst mindful of the solution delivery."

6 people have recommended Wendy

Join now to view

## More activity by Wendy

Wendy Gunton - Business System Analyst - Tata Technologies | LinkedIn
https://uk.linkedin.com/in/wendygunton
28-02-2022
Page 4



**I'm humbled and honoured to have been awarded a Service Excellence Award in recognition of my contribution to the practice.  I am grateful to IBM...**
Liked by Wendy Gunton



**Completion Certificate for Google Cloud Platform Fundamentals: Core Infrastructure**
Liked by Wendy Gunton



**While I look for my next role I am pleased to say that I have been accepted as a volunteer responder for the NHS. Pleased to be able to help my...**
Liked by Wendy Gunton



**One can not help but to look at the year behind and be grateful . Grateful for the growth opportunities, this year they were focused on soft skills...**
Liked by Wendy Gunton



**2019 has been a very challenging year for myself and my family, however we are still smiling 😄. I did learn a lot about myself and others during...**
Liked by Wendy Gunton

View Wendy's full profile

See who you know in common

Get introduced

Contact Wendy directly

Join to view full profile

LinkedIn  © 2022   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines

Language

# EXHIBIT A-2

David Jobling - Warwick, England, United Kingdom | Professional Profile | LinkedIn
https://uk.linkedin.com/in/djobling
28-02-2022
Page 1

**Linked**in   | People ▾ | David | Jobling | 🔍    Join now   | Sign in

## David Jobling
Mostly retired
🔵 ZeroLight
Warwick, England, United Kingdom · 500+ connections

[ Join to connect ]

### Articles by David

 **Looking forward to catching up with my old friends - and making new - in the Automotive Variant Management world in Berlin next week**
By David Jobling
Nov 22, 2018

 **Solving the challenges of interactive product configuration**
By David Jobling
Jul 31, 2016

 **Configit is looking for an experienced CLM Solution Principal in the USA**
By David Jobling
Jan 26, 2016

### Activity

 **"Don't worry, be happy" - the best advice I could give the readers of Just Auto in my latest Q&A on the outlook for our industry from the ZeroLight...**
Liked by David Jobling

 **My wife and business partner dodges the world of LinkedIn... so I'll share this... she's the creative force and beating heart behind Cake Stories...**
Liked by David Jobling

 **DMI (Digital Management, LLC) are the Headline sponsors for Future Mobility Detroit summit 2021 Join us to learn more about How will shared mobility...**
Liked by David Jobling

[ Join now to see all activity ]

### Experience

 **Director of Business Development - UK & Asia (Consultant)**
ZeroLight
Oct 2017 - Dec 2019 · 2 years 3 months
Newcastle upon Tyne, England, United Kingdom
Responsible for business development in the UK and Asia (predominantly Japan), taking ZeroLight's ground-breaking sales configuration and visualisation solutions to major automotive OEMs.

ZeroLight are a multi-awarding winning, innovative company changing how the world buys cars. From our base in Newcastle, England, our team of talented professionals create exceptional solutions for and with some of the biggest brands in the world.

http://zerolight.com/

 **Community Director - UK**
Aras Corporation
Jan 2018 - Apr 2019 · 1 year 4 months
London, England, United Kingdom
Responsible for business development and community (customer) activities for the new Aras subsidiary office in the UK. Direct focus on large enterprises in Automotive, Aerospace & Defence, Industrial, Electronics & High Tech etc.; supporting the Aras partner network with SMEs.

Aras is a high growth, global software company delivering enterprise Product Lifecycle Management (PLM) solutions to address the rapidly growing complexity in large scale corporate environments. Founded in 2000, Aras is led by a combination of executives & technologists from across the software industry including SAP, SIEMENS, PTC, Oracle, Dassault Systèmes and others.

Show less ∧

### People also viewed

 **William Brueggeman**
Senior Warranty Management Specialist
Mason, OH

 **Valerij Nikolaenko**
Director of Continuing Airworthiness Department at JSC Aeroflot Russian Airlines
Russia

 **Enrico Giusti**
Experienced Supply Chain Director
Greensboro--Winston-Salem--High Point Area

 **Nick Edwards**
Engineering Maintenance Control Manager at British Airways
Greater Reading Area

 **Jaroslav Kubes**
Head of Commercial Shared Services at SR Technics
Zurich, Switzerland

 **Owain Williams**
Operational Support Manager - Inventory, Planning & Commercial at British Airways
United Kingdom

 **Al Shipman**
Program Manager - Retired
Waverly, NY

 **Ian Winter**
Product Support Engineer currently looking for a new role
Woking

 **Paul Hampshire**
Production Manager at British Airways Avionic Engineering
Greater Cardiff Area

 **Duncan Gray**
Contract Manager at Combined Technical Solutions
London

Show more profiles ∨

### Others named David Jobling

 **David Jobling**
Partner at Deloitte
Auckland

 **David Jobling**
Helping public sector clients solve problems and deliver solutions
Royal Leamington Spa

 **David Jobling**
Head of Technology Architecture (Delivery) at Avanade
Belfast Metropolitan Area

 **David Jobling**
Toronto, ON

 **David Jobling**
MD at Wilkinson's
Tonbridge

37 others named David Jobling are on LinkedIn

[ See others named David Jobling ]

### Add new skills with these courses

 **Software Project Management Foundations**

 **Product Management: Building a Product Strategy**

 **Enterprise Agile: Changing Your Culture**

[ See all courses ]

### David's public profile badge

Include this LinkedIn profile on other websites


David Jobling
Mostly retired
[ View profile ]   Linked**in**

[ View profile badges ]



**Configit**
4 years 6 months

**SVP Sales, Automotive**
Jun 2016 - Sep 2017 · 1 year 4 months
Warwick, UK
Promoted to Senior Vice President Sales; with responsibility for the Global Centre of Excellence for Automotive, Transportation and Heavy Equipment.

By 2017 Configit was a company of 160+ people with an established Automotive business unit, with sales, pre-sales, product, professional services, delivery and support functions in five geographical locations.

**Sales Director, Automotive**
Apr 2013 - Jun 2016 · 3 years 3 months
Warwick, UK
Recruited to set up a global sales and commercial function for the broad automotive market - including passenger car, commercial vehicle, bus, construction and agricultural equipment, aerospace and other similar industries.

At that time (2013), Configit was a company of about 40 people with fantastic technology and amazing people, strong expertise in CPQ (Configure-Price-Quote) and SAP VC, but little experience of the automotive or heavy equipment industries. Configit had been selected by Jaguar Land Rover to provide a new configuration management solution to replace multiple legacy systems; the result was Configit Ace, developed by R&D teams in Warwick (UK) and Copenhagen (DK).

Configit is a pioneer in the concept of Configuration Lifecycle Management (CLM), combining engineering and marketing intent to support the full product lifecycle with a "single source of truth"- supporting engineering, homologation, manufacturing, sales and service. CLM connects the main pillars of an OEM's systems landscape such as PDM, PLM, ERP, MES and CRM.

Show less ⌃



**PTC**
1 year 6 months

**Business Development Director, Service Lifecycle Management**
Feb 2012 - Mar 2013 · 1 year 2 months
Farnborough, England, United Kingdom
Responsible for business development across Europe of PTC Service Lifecycle Management solutions including Warranty and Contract Management, Technical Support and Knowledgebase, Field Service / Service Management, Business Intelligence.

**Director, 4CS Europe**
Oct 2011 - Apr 2012 · 7 months
United Kingdom
Managed the transition of accounts, customers and prospects from 4CS into the PTC organisation.

Initiated training programs to inform and educate the PTC community about the 4CS solutions for warranty, technical support / knowledgebase, service event management etc.



**4CS**
4 years 1 month

**Director, Europe**
Oct 2008 - Oct 2011 · 3 years 1 month
United Kingdom
Responsible for Sales, Marketing and Professional Services in EMEA for 4C Solutions, Inc.

About 4CS: 4CS was a leading provider of warranty management and service lifecycle management software, headquartered in Illinois, USA. The 4CS approach to warranty and service lifecycle management leverages a product-centric data model to capture service history and product updates in the form of an "as-maintained" bill of material (BOM). Bringing this important data back into the enterprise enables continuous product and service improvement. On September 6, 2011, PTC announced the acquisition of 4CS.

Show less ⌃

**Senior Business Consultant**
Oct 2007 - Sep 2008 · 1 year



**Head of Consulting**
IBS Automotive
Jan 2005 - Sep 2007 · 2 years 9 months
Henley-on-Thames, England, United Kingdom
Developed and managed the consulting practice at IBS Automotive, with consultants, project managers and business analysts across Europe and the USA.

IBS, an ERP provider headquartered in Sweden, acquired IDS Enterprise Systems of Australia in 2005 to create IBS Automotive. The IDSe42 ERP system, designed for automotive and other equipment manufacturers, included modules for vehicles / units, parts, warranty, finance and business intelligence.



**Business Consultant**
TNT
2004 - 2005 · 1 year
Atherstone, England, United Kingdom
Lead consultant / analyst on a team developing new Track & Trace systems for a global logistics organisation



**Business Relationship Manager (interim)**
gedas / Volkswagen
2003 - 2004 · 1 year
Milton Keynes, England, United Kingdom



**Sales and Operations Director**
Retainagroup
2002 - 2003 · 1 year
London, England, United Kingdom



**Project Management Consultant**
Mitchells & Butlers
2000 - 2002 · 2 years
Birmingham, England, United Kingdom



### Systems Director
BMW Japan
1998 - 2000 · 2 years

Tokyo, Tokyo, Japan

Managed joint development projects for Rover and BMW such as a common Dealer Management System (DMS), PDI / vehicle preparation centres, parts and warehouse control.

Managed the back-office and systems migration from Rover Japan NSC to the BMW Japan national sales company (NSC).



### Systems Manager, Systems Director
Rover Japan
1990 - 2000 · 10 years

Tokyo, Japan

Managed the systems department for Rover Japan, implementing ERP systems for all business units (sales, marketing, finance, after-sales, parts etc.). Provided and Dealer Management and Dealer Communication systems.

Rover Japan was the National Sales Company (NSC) for Rover Group, distributing and providing after-sales support for the Rover, Land Rover, Mini and MG brands throughout Japan via a network of 160+ dealers and wholly-owned retailers. During the 1990s sales volume increased...

Show more ⌄



### Consultant, progressing to General Manager
Distributive Computer Systems (DCS)
1982 - 1989 · 7 years

Leamington Spa, England, United Kingdom

- Dealer Management System Consultant for DCS in UK and overseas (USA, Middle East, Far East)
- General Manager for DCS Far East (subsidiary in Hong Kong), developing business in APAC

## Recommendations received



**Prabdeep Walia**
"David is an incredible leader and manager for his team members. Right from my day one in Configit he has been extremely supportive and it has been a great journey with him in formation of the automotive business. He also enjoys great relationship with his customers and supports them through the projects striking a perfect balance of professionalism and personal relationship. I wish him best in his new endeavour. "



**Sue Bradnock**
"David introduced me to Configit to assist with a major recruitment campaign, where we sourced C# software developers from across Europe. David is a professional, friendly and well respected individual who has a wealth of knowledge and experience. He has enthusiasm, drive and a huge network of global contacts and would be an asset to any organisation."

9 people have recommended David

( Join now to view )

## More activity by David



**So now I have to get off the pot! As a dual national English/Italian I have always had two bites of the cherry when it comes to football...**
Liked by David Jobling



**It was great to work at Zühlke Group for the last year, met very talented people and contributed to a great national cause. Today is a new week and...**
Liked by David Jobling



**#CoolNews from the Financial Times!**
Liked by David Jobling



**To all my Chinese connections, Happy New Year !**
Liked by David Jobling



**Because the digital thread doesn't end at the office door. #productlifecyclemanagement #processimprovement #productlifecycle #digitaltransformation...**
Liked by David Jobling



**Thanks for the press from our friends at the efactory ! https://lnkd.in/gRe5xSs**
Liked by David Jobling

**Super happy about my team winning #teamOfTheMonth Hard work and dedication paid off!**
Liked by David Jobling

David Jobling - Warwick, England, United Kingdom | Professional Profile | LinkedIn
https://uk.linkedin.com/in/djobling
28-02-2022
Page 4

View David's full profile

See who you know in common

Get introduced

Contact David directly

**Join to view full profile**

Linked in   © 2022   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines

Language ⌄

# EXHIBIT A-3

Hemant Kulkarni - Test Lead - FIS | LinkedIn
https://in.linkedin.com/in/hemant-kulkarni-8299972a
28-02-2022
Page 1

**Linked** in    | People ▾ | Hemant | Kulkarni | 🔍 |    Join now    **Sign in**



## Hemant Kulkarni
Automation Testing, RPA, System Analyst, Environment Manager

Pune, Maharashtra, India · 500+ connections

**Join to connect**

🔹 **FIS**

🎓 **Walchand College of Engg,Sangli**

### About
Business Analyst with 10+ years of experience in manufacturing,IT sector.Worked as a Test Lead in projects. UiPath developer advanced certified. Communicate effectively with stakeholders and write good requirements.Like to work with positive,innovative and dynamic people to serve best of my ability and skills.

### Activity



**Looking for Android developer/ College passout who worked on Android development. Please DM me if anyone is interested.**
Posted by Hemant Kulkarni



**Photo**
Liked by Hemant Kulkarni



**Although #Python is dynamically typed language you should always add type hints/checks i.e. specify what type of input your variable expects & what...**
Liked by Hemant Kulkarni

**Join now to see all activity**

### Experience

**Test Lead**
FIS
Jun 2021 - Present · 9 months
Pune, Maharashtra, India

**Jaguar Land Rover**
6 years 1 month

**QA Environment Manager**
Mar 2019 - Present · 3 years
Pune, Maharashtra, India

1.Maintaining a central repository of test-environments of Configit Ace in scope with their latest version and connectivity details (Information management)
2.Allocation of test environments (booking/scheduling) to teams as per requirement. (Demand management)
3.Creation of new test environments as per requirement. (Supply management)
4.Environment Monitoring (Monitoring)
5.Deleting/ updating outdated test-environments and its details (Housekeeping)
6.Preliminary investigation of issues on the environment and sometimes co-ordination till an issue resolution
7.Test Data refresh to ensure that test data is available to testers when needed via a TDM tool or test data refresh from other environments

Show less ∧

**Test Lead**
Feb 2016 - Mar 2019 · 3 years 2 months
Coventry, United Kingdom
Key Learning:
• Designing the Test Strategy, Test plans and testing documents for SIT, UAT & Regression testing.
• Ensure testing time & effort estimation, testing progress reporting and defect management activities.
• Preparation of test data, test scenarios/cases and execution of tests.
• Liaise with all the stakeholders and project management resolve all testing issues and to lead daily status and defect calls, and triaged defects with project team.
• Conducting workshops and sessions with all the stakeholders and application team to understand, analyze and freeze the testing scope, plan and schedule etc.

Show less ∧

**Test Lead**
Feb 2016 - Feb 2017 · 1 year 1 month
Coventry, United Kingdom
Key Learning:
• Preparation of the Test Strategy, Test plans and testing documents for SIT, UAT & Regression testing.
• Ensure testing time & effort estimation, testing progress reporting and defect management activities.

### People also viewed

 **SenthilKumaran Padmanabhan**
Associate Director- Delivery at Sensiple
Chennai

 **Smriti Nagvanshi**
HR business partner-UK at Tata Technologies at Tata Technologies
Leamington Spa

 **Suresh Pillai**
Senior Project Manager at FIS
Pune

 **Prashant Kaushik**
Information Technology Security Specialist at FIS
Las Vegas Metropolitan Area

 **Radha Nagalakshmi**
Lead and Architect | ADAS SW | Jaguar Land Rover
Bengaluru

 **Shruti Chadda**
SAP MM Team Lead at Tata Technologies
Mumbai

 **Christopher Marsh BSc, PgDp, MCIPS**
Senior STA Engineer | Supplier Development at Jaguar Land Rover India
Pune

 **Naresh Putheti**
Senior RPA Developer at Dell EMC
Bengaluru

 **vinayak patil**
Account Manager at Sandeepa Power Lines
Pune

 **Jay Shah**
Project Manager - Business Intelligence Solutions
Thane

Show more profiles ⌄

### Others named **Hemant Kulkarni**

 **Hemant Kulkarni**
Renal Physician at Royal Perth Hospital
Greater Perth Area

 **Hemant kulkarni**
General Manager Corporate IT
Pune

 **HEMANT KULKARNI**
Sales Engineer at SMC CORPORATION INDIA PVT LTD
Aurangabad

 **Hemant Kulkarni**
Dy. Gen. Manager at Raman & Weil pvt Ltd.
India

241 others named Hemant Kulkarni are on LinkedIn

**See others named Hemant Kulkarni**

### Add new skills with these courses

 **Software Testing: Tools**

 **Software Testing Foundations: Bug Writing and Management**

 **Software Testing Foundations: Test Management**

**See all courses**

### Hemant's public profile badge
Include this LinkedIn profile on other websites


**Hemant Kulkarni**
Automation Testing, RPA, System Analyst, Environment Manager
🔹 Test Lead at FIS
🎓 Walchand College of Engg,Sangli
View profile    Linked in

**View profile badges**

Hemant Kulkarni – Test Lead – FIS | LinkedIn
https://in.linkedin.com/in/hemant-kulkarni-8299972a
28-02-2022
Page 2

• Preparation of test data, test scenarios/cases and execution of tests.
• Liaise with all the stakeholders and project management resolve all testing issues and to lead daily status and defect calls, and track defects with project team.
• Conducting workshops and sessions with all the stakeholders and application team to understand, analyze and freeze the testing scope, plan and schedule etc.

Show less ⌃



**Business Analyst**
Tata Technologies
Dec 2014 · Mar 2019 · 4 years 4 months
Coventry, United Kingdom

• Continuous communication with the customer and understanding the business requirements
• Analysis of business requirements and split in functional requirements
• Identification of the test cases with its success criteria
• Preparation of functional Requirements specification
• Database design
• Impact analysis of enhancements
• Root cause analysis
• Design the solution and creation of high level technical requirements
• Address the queries of development team across the development phase.
• Creation of test plan, test strategy
• Conduction of System integration testing
• Conduction/Support of user acceptance testing

Show less ⌃



**SAP automation testing consultant**
Tata Technologies
Aug 2013 · Aug 2014 · 1 year 1 month
Coventry, United Kingdom

SAP Automation Testing Project



**Solutions Developer**
Tata Technologies
Jul 2010 · Aug 2012 · 2 years 2 months
Pune

worked in TATA Motors,Ahmedabad for implementation of Manufacturing Execution System .
Worked in TATA Motors,CVBU ,Pantnagar for for implementation of Manufacturing Execution System .

## Education



**Walchand College of Engg,Sangli**
B.E · Information Technologies

## Licenses & Certifications



**UiPath RPA developer Advanced**
UiPath
Issued Feb 2020
Credential ID S3R2DWCCC2E1QNGS

## Projects

**MES for TATA Motors,Sanand**
Jul 2010 · Aug 2011
One of the biggest MES project in India.
Implemented Functionalities like Tracking,Error Proofing,QMS,Test data collection,Reporting etc.

Technologies Used:
Factory Talk Production Center
Factory Talk Integrator
Factory Talk Vantage Point
SQL Server 2005

## Languages

**English**
Professional working proficiency

**Hindi**
Full professional proficiency

**Marathi**
Native or bilingual proficiency

## Groups



**MES - Manufacturing Execution Systems**
.



**Walchand College Of Engineering Sangli**
.



**Manufacturing Execution System Professionals**
.



**Walchand College of Engg, Sangli Alumni**
.



**UiPath Leaders - India**
.

## Recommendations received



**LinkedIn User**

"It was with great pleasure working with Hemanth for 5 years and found him to be very competent, pro-active, committed, and flexible for taking on new challenges and responsibility. He was one of the most trusted team members. He is very organized, technical, and highly regarded by all his peers. His business knowledge combined with technical skills makes him an asset to any team. "



**Vishal Kulkarni**

"I worked with Hemant for MES implementation project in 2010. He was very dedicated for work and eager to learn new things. He was very good asset for our team. "

4 people have recommended Hemant

Join now to view

---

## More activity by Hemant



From machine learning to computer vision, deep learning to virtual assistants, autonomous vehicles to robotics and more, Shell has been focused on a...
Liked by Hemant Kulkarni



Photo
Liked by Hemant Kulkarni



Namaste Pune! #google #india
Liked by Hemant Kulkarni



FIS was just named to Fortune magazine's 2022 Most Admired Company list! The FORTUNE study measures companies with the strongest reputation within...
Liked by Hemant Kulkarni



True......
Liked by Hemant Kulkarni



Photo
Liked by Hemant Kulkarni



Congratulations to our Chairman N. Chandrasekaran on receiving the #PadmaBhushan this #RepublicDay. He has been conferred with one of India's highest...
Liked by Hemant Kulkarni



I am happy to announce that I am starting my new job with Fiserv. I received my joining kit and am excited to be part of the Fiserv family. Looking...
Liked by Hemant Kulkarni



Everyone, you will ever meet know something you don't. Shikuyaa is presenting 20 eminent speakers you can learn from. Join from 26th January and...
Liked by Hemant Kulkarni



This May I'll be completing 10 years in the software industry. The best advice I've received till date is "Ask questions, sometimes you might look...
Liked by Hemant Kulkarni



Just incase if you're struggling to decide to switch or not:) #job #jobswitch #jobchange #connections #developer #corporate #fresher #experience
Liked by Hemant Kulkarni



Photo
Liked by Hemant Kulkarni



Microsoft Certified: Azure Fundamentals was issued by Microsoft to Jaydeep Karale.
Liked by Hemant Kulkarni

Case 2:20-cv-09019-JAK-MRW   Document 79-4   Filed 08/25/22   Page 16 of 30   Page ID #:2230



**Tag the person in your team who can do these kinds of fixing 😄 #fun #funfridaycomingearly #softwareengineers #datascientist #dataanalyst...**

Liked by Hemant Kulkarni



**Achieved Oracle Cloud Infrastructure Architect Associate certification #oracle #cloud #infrastructure #architect !!**

Liked by Hemant Kulkarni



**Congratulations To TATA Motors team and proud moment for TATA Group! #TATA #Tatagroup #tatamotors**

Liked by Hemant Kulkarni

## View Hemant's full profile

∞ See who you know in common

🔁 Get introduced

👥 Contact Hemant directly

**Join to view full profile**

# EXHIBIT A-4

Simon Packman PMP - IT Programme Manager - Jaguar Land Rover | LinkedIn
https://uk.linkedin.com/in/simon-packman-pmp-2079287
28-02-2022
Page 1

**Linked**in | People ▾ | Simon | Packman PMP | 🔍 | Join now | **Sign in**



### Simon Packman PMP
IT Programme Manager at Jaguar Land Rover   🔷 **Jaguar Land Rover**
Greater Coventry Area · 500+ connections

**Join to connect**

## About

A disciplined PMP Certified project manager, leading and motivating others across a diverse geographical and cultural mix. Leveraging team skills and knowledge to meet project charter deliverables while closely managing stakeholder expectations and concerns to build confidence and support for change. Strategic and creative problem solving taking measured risks to meet the challenges of changing critical path within financial and resource constraints. Exploiting technologies and opportunities through managed change control process to the benefit of the project and stakeholders.

## Activity


**PreBilt™ can help your digitise your #SAP supply chain in a matter of days. Find out more here https://lnkd.in/em47Aiih**
Liked by Simon Packman PMP


**Thought this was funny and felt like I have been Joe on occasion...**
Liked by Simon Packman PMP


**View my verified achievement from SAP SE.**
Liked by Simon Packman PMP

**Join now to see all activity**

## Experience


**Jaguar Land Rover**
4 years 8 months

**IT Programme Manager**
Feb 2020 - Present · 2 years 1 month

**IT Build & Test Delivery Lead**
Jul 2017 - Feb 2020 · 2 years 8 months
UK
Leading a portfolio of key partners using a mix of on/off shore industrialised delivery model, delivering build, integration & test services across a complex automotive industry focused SAP and Digital eco-systems.

**Project Manager - SAP**
IBM
Jun 2014 - Jul 2017 · 3 years 2 months
United Kingdom
Working collaboratively with clients on key SAP projects using my experience, skills and knowledge to deliver solutions that meet the needs and deliver value with tangible benefits to the client and it's customers.

**Rockwell Automation**
6 years 6 months

**Project Manager Sub Projects**
Oct 2012 - May 2014 · 1 year 8 months
Global Rollout
Successfully leading a small team within EMEA region to deliver several SAP technology and business transformation capability releases across other key regions (South Africa, SEA, China & India) as part of a global rollout.

**SAP CRM Services Lead (EMEA)**
Sep 2008 - Sep 2012 · 4 years
Global Rollout
Successfully leading a small team within the EMEA region to deliver as part of a global rollout a major SAP technology and business transformation capability release.

**SAP Business Readiness Manager**
Dec 2007 - Oct 2008 · 11 months
EMEA
Coordinated and managed the business readiness activities and stakeholder engagement to successfully deploy the project scope.

**Head of Services**
Serck Controls Ltd
Jul 2006 - Nov 2007 · 1 year 5 months
UKI

## People also viewed


**Kent Packman**
Salesforce Solution Architect at Aston Martin Lagonda Ltd
Greater Coventry Area


**Tim Oberg**
Strategic Director, Asia Pacific at parkrun
Airlie Beach, QL


**Francesca Ellicott**
Product Specialist IT Finance at Jaguar Land Rover
United Kingdom


**Anamika Bhargava**
IT Service Architect at Jaguar Land Rover | Finalist Midlands Women in Tech | Diversity Champion
Coventry


**Mark Reynolds CITP MBCS**
Senior IT Portfolio Manager | ITIL 4 Strategic Leader
United Kingdom


**Alexandar Toromanov**
Head of Manufacturing Processes ON at Siemens Gamesa
Aarhus V


**Andrew Wainwright**
Business Strategist
City of Johannesburg


**Shovan Chatterjee**
Project Manager(Mobility), Principal Technical Consultant at SAP
Warrington

**Eddie Pratt**
Local IT Guy Ltd - IT Consultancy / Support and Project resource.
Leicester

**Bala Raghavan**
SAP Principal Consultant at Beacon Business Solutions
Chennai

**Show more profiles** ▾

## Add new skills with these courses


**Outsourcing: Managing Service Transition**


**Operations Management Foundations**


**Modernizing the Service Desk**

**See all courses**

### Simon's public profile badge

Include this LinkedIn profile on other websites


Simon Packman PMP
IT Programme Manager at Jaguar Land Rover
IT Programme Manager at Jaguar Land Rover
View profile     Linked**in**

**View profile badges**

Reporting directly to the Operations Director, my role was responsible for the successful delivery and financial performance of a £2.7m PA Service Department in 2 geographic locations (Coventry and Luton).

Worked closely with customers and the senior management team to develop and deliver new and key
service offerings. I was responsible for managing the day to day running of the department and any support escalations from either customers or project teams. My team delivered remote technical support along with field based engineering support and small project deliveries up to £100K. Delivering a full asset repair service and application software support and management services. I successfully introduced a new service based on managing the deployment of operating system updates from Microsoft and other OS providers. Managing the annual operational costs, achieving the revenue targets of which I surpassed significantly in both areas. Through my leadership I drove the team performance and customer satisfaction collectively with the introduction of proactive feedback post service delivery.

Show less ⌃



### Asset Management Specialist
Rockwell Automation

May 1998 – Jul 2006 · 8 years 3 months

UKI

Reporting directly to the Business Development Manager, my role was responsible for the development of customer support and maintenance solutions throughout the UK, Eire and Europe. Specifically focused around customers Maintenance and Repair Operations (MRO) working with the customer to assess their current operational model and making recommendations through delivery of specific Rockwell services contracts how they could reduce their operational costs and improve production uptime along with reductions of carrying significant maintenance related inventory such as spares and consumable parts. During this role I spent 6 months starting up and maintaining this service offering in Eire based in Dublin.

Show less ⌃



### Senior Systems Engineer
EMI Music

Mar 1992 – May 1998 · 6 years 3 months

Working in the UK automated distribution centre

---

## Licenses & Certifications



### Project Management Professional
Project Management Institute

Issued Mar 2016 · Expires Mar 2022

---

## Projects

### Logistics Operations Centre - Solihull
Feb 2020 – Present

Delivering the IT systems and network infrastructure of a new greenfield site 92,000 square meter logistics warehouse supplying manufacturing sites using SAP EWM at its core integrated with mobile user devices and a 40,000 square meter Automated Storage & Retrieval System. Also integrated with the existing legacy manufacturing systems. Utilising a SAP data extract tool Atunity to transfer logistics data into a google cloud data lake for reporting and analysis

See project ↗

### Automotive Features & Configuration Tool Transition
Nov 2018 – Feb 2020

==The replacement of a legacy application used for PLM 3D configuration rules management with a new platform ACE supplied by Configit ltd. My focus of operation was to take an existing team manually executing ACE regression testing scripts and managing test life cycle with a home grown bespoke database. And transition to a fully automated regression test pack managed on the HP ALM platform using Selenium as the automation test tool. The transition took place over several months to an initial fully automation regression pack that was able to be executed in a few days with very little resource input. This was a massive productivity improvement in terms of time and cost to execute. Transitioning the test life cycle management to the HP ALM platform also increased quality of service and brought the process into an enterprise supported application. The team then focused on optimisation of the test scripts to drive even more efficiencies and preparing the way to transition the final model into a BAU service delivery model for long term operation==

Show less ⌃

See project ↗

### GE Manufacturing Execution System Automated Testing
Nov 2019 – Feb 2020

This project was focused on finding an automated regression testing solution to support the test life cycle management of the GE MES solution across the JLR planets. Currently the approach was a very manual intensive test execution model. Working with the core MES team we started the project with a Proof of Concept approach to develop a small scale automated test solution based on HP ALM and UFT to establish if it was technically possible to achieve the desired end to end test scenarios. The POC was successfully concluded and this then moved to the second stage to expand the scope and volume of scenarios to be automated. The team are now industrialising the process and working towards a full scope automated regression pack. This will deliver significant long term cost savings and improve quality of deployments.

Show less ⌃

### New Car Online Sales Web Portal
Jan 2019 – Feb 2020

To support the deployment of a new car online sales portal project, I worked with the project delivery team to create an effective test strategy that was based around introduction of test automation. The key goal was to deliver a cost effective and efficient automated regression and performance test pack that focused on running through the end to end online customer journey to ensure as changes were deployed the site remained fully functional. The pack delivered was run on a daily basis ensuring when a change was ready to be deployed there was no delay waiting for test results before deployment. The end result delivered significant savings in manual testing and also captured key issues before deployment to the live site.

Show less ⌃

See project ↗

### SAP Automotive Manufacturing Plant in Nitra Slovakia

Sep 2017 - Feb 2020

Green field site delivered all of the SAP application build & unit test to support a brand new European automotive car manufacturing plant utilising SAP ECC, EWM, APO & GTS in addition to integrating other 3rd party systems. Post go live my focused changed to be an incident manager to provide the required focus on daily operational SAP issues, triage, prioritisation, RCA & resolution driving stability as the plant volumes grew. The later 10 months my role moved to SAP release management taking over monthly SAP deployments I focused on the delivery of build & test to drive a team to deliver weekly deployments which delivered benefits more quickly to drive further stabilities and support a significant rate of production volume climb. Finishing with the successful transition of the new Land Rover Defender into volume production

Show less ∧

See project ↗

### SAP Payroll Integration to NGA & Kronos

Sep 2017 - Jul 2018

Multi Plant SAP payroll integration through middle ware file transfers from SAP to two different 3rd Party payroll service providers NGA & Kronos

### Position Explorer

Jul 2017 - Oct 2017

SAP build and test delivery of a Web UI front end interactive organisation structure navigation tool using SAP HR data extracts and transfer over a secure file transfer through a middle ware application.

### Concur Travel and Expenses Integration to SAP ECC (FIN / HR) via PI

Dec 2016 - Jun 2017

Design build, test and delivery of 7 key SAP PI file transfer interfaces between two SAP ECC instances for FI and HR to support the Clients business and system transformation to using the Concur cloud based expenses, advances and travel system. The interfaces include transfer from SAP to Concur of Employee, Cost Object CC – WBS, WBS Approvers, Exchange Rates and Payment Confirmation Data, and transfer from Concur to SAP expense claims and advances data for postings and payments in SAP, also including a data extract from Concur Cognos to feed into SAP BW/BO for reporting and dashboards.

Key design feature is the automatic posting of expenses and clearing of employee advance down payments against the expenses submitted from Concur.

Show less ∧

### Utility Customers Online Digital Enablement

Sep 2015 - Nov 2016

Project Manage a design & delivery team of onshore functional / technical consultants with off shore developers. Delivering SAP CRM, ISU & PI enhancements including web services to support the customer user growth and enhancing online journey engagement of the Clients Website & Mobile Media road map. Delivery was based on a fixed capacity model and required a close woking relationship with the Client to enable a controlled and steady stream of project deliverables to maximise the fixed capacity of the delivery team. Successfully delivered the agreed capacity within the project time lines, which released significant benefits to the Client and it's customers.

Show less ∧

See project ↗

### Data Migration & Small Change Projects Manager SAP

Nov 2014 - Aug 2015

Post cutover my role changed to support the planning and delivery of mass migration of the traditional meter business into the new systems. The progressive extract, transformation and load of over 3 million meter asset records from legacy systems into new SAP Work and Asset Management system and SAP CRM/ISU for customer management, meter reads and billing.

Established a small transitional team to enable the ongoing support of the newly deployed systems and functionality. Then transitioned the team into the BAU support model consisting of onshore and offshore teams. As well as managing a 3rd party supplier of the field scheduling software and mobile application to deliver support as well as small change enhancements.

Working with the Client I identified a risk of insufficient meter point data to ensure continued roll out of the SMART meter program which if not addressed would result in reduced capacity and efficiency. To mitigate this I planned in an additional strategic migration of 125K meter points which was successfully delivered and included changing the methodology of data migration specific to meet the SMART meter only deployment requirements. The main migration plan was also delivered to enable the Client to continue to implement it's business strategy for SMART and Traditional meter roll out in order to achieve the planed business benefits. Using my knowledge and skills I provided operational guidance to the Client to streamline and improve the deployment process, which resulted in an increased utilisation of the field force resources. Managed the delivery of small change requests and control of the project budget, working with the client following a formal change process to ensure changes delivered had a solid business and technical case. Coordinating internal and external supplier teams to deliver and meet the target release dates given.

Show less ∧

### Phase 2 SMART Meter UK Deployment

Jun 2014 - Oct 2014

Project Manage the combined business and system cutover activities of the SMART metering system solution within a 10-week delivery time line. Main system landscape SAP CRM, ISU & PI interfacing with external systems such as ClickSoftware, 3rd party logistics provider for field asset management services. Including deployment of new meter operative field based hand held terminals. Interfacing of Work Order deployment and outcome management to 3rd party meter install service providers. The extract, transformation and load of client and customer installed assets from legacy systems into new SAP Work and Asset Management System (WAM).

Show less ∧

### Global Process Transformation - SAP Deployment & Business Process Change

Oct 2012 - May 2014

South Pacific, India & China – Test lead manager using HPQC to track and trace test delivery and progress. Using the tool to drive defect management and resolution. As in previous releases I continued to manage the legacy service data extract and transformation into SAP. Traveling to China to provide onsite support during cutover and hypercare focused on the repair services process and inventory management of service stock. Working closely with the local users to ensure correct process and procedures are followed.

Greater China & Poland – Leading the data extract and transformation of service repair orders and associated purchase orders, including the loading of all associated master and inventory data from legacy systems. Gap analysis to drive required localisation configuration changes. I was also responsible for decommissioning of local service stock warehousing

Lektronix Finance Back Office Deployment – Due to an acquisition of a 3rd party repair house I was responsible to deliver a solution to integrate the legacy systems of the acquired company to the new SAP global solution. Integration covered accounts payable and receivable as well as shopping cart, travel & expenses functionality. Along with the setup of supporting cost & profit centers.

Simon Packman PMP - IT Programme Manager - Jaguar Land Rover | LinkedIn
https://uk.linkedin.com/in/simon-packman-pmp-2079287
28-02-2022
Page 4

South Africa – Leading delivery of all functional streams rolling out the global blueprint across South Africa and Sub-Sahara countries impacting ~ 250 employees. Working closely with the local 3rd party logistics provider to ensure a smooth transition for them adopting SAP sales and distribution module along with adjustments to business process. The solution included both sales and Distribution along with Service Department and all back office functions such as Finance & Human Resources. Requiring 2 plants and 2 sales orgs setup for sales distribution and stock management and a second for field service and repair center delivery, inventory management and distribution.

Show less ⌃

### Global Process Transformation - SAP Deployment & Business Process Change
Dec 2008 - Sep 2012

On 6th Feb 2012 successfully implemented SAP CRM Services across Europe covering 45 sites in 18 countries ~ 600 employees based on a principal and commissionaire financial model. The following scope was delivered.

Plant & Asset Management Services – Asset repair & exchange services covering reverse logistics, repair or replace, test and return to customer. Capture of repair components and labour hours consumed, failure analysis. Managed inventory both finished goods and component parts service stock in plant and remote managed consigned inventory on customer sites. I coordinated the decommissioning of all local service stock holdings and return of physical stock to the European repair hub warehouse to be written into inventory during SAP go live.

Field Engineering & Training Services – Resource management, scheduling, deployment with time and expenses capturing including small projects delivery based on fixed or drawdown costs

Remote Technical Support Services – Follow the sun support model using service tickets to track and deliver and verify entitlement of support to a global customer base. Using follow-on activities to schedule engineers and or arrange exchange or repair service goods

Customer Care Order Management – Sale management and order entry for sales and distribution of finished goods from a single European warehouse integrated with 3rd party logistic provider

3rd Party system EDI sales order interface – Creation of an EDI interface for a 3rd party system to transfer sales orders for the supply of maintenance and repair options services on remote customer sites. This included the automatic triggering of outsourced material purchase orders.

Show less ⌃

### Global Technical Customer Support SAP CRM Service Ticket Deployment
Dec 2007 - Dec 2008

Transition from a legacy technical customer support ticket system to SAP CRM service tickets. I was responsible for the EMEA region business and project team stakeholder management and successful delivery of all the readiness activities to successfully deploy the solution in a single global go live.

## Organizations

### Project Management Institute
-
Mar 2013 - Present

## Groups

### SAP Management Professionals
-

### SAP for Project Managers
-

### SAP Training and Adoption - MENA
-

### Lean Six Sigma
-

### SAP CRM
-

### SAP HANA, SAP S/4HANA, SAP BW and SAP Cloud Platform Group
-

### IBM Big Data and Analytics
-

### SAP Utilities and CRM Community
-

### Future Trends
-

### PMI Credentialed PMPs
-

### Rockwell Automation
-

Show fewer groups ⌃

## Recommendations received



**Morten Arve**
"I have had the pleasure working with Simon for 3+ years at Rockwell Automation. During this time, Simon has combined his Subject Matter Expert skills and SAP ECC/CRM knowledge to deliver complex and innovate solutions for the EMEA After Sales Services Business including Service Contracts, Warranty Management, Repair and Exchange transactions, and Store Room Management. Simon has excellent inter-personal skills and a positive demeanor. He is always approachable and willing to take ownership of critical tasks. Furthermore, he has an outstanding ability to engage the business and is able to multitask under very challenging circumstances. Any company would benefit to have Simon as part of their SAP implementation. I would personally like to be on the same team as Simon anytime."



Case 2:20-cv-09019-JAK-MRW    Document 79-4    Filed 08/25/22    Page 22 of 30    Page ID
#:2236

 **Damian Cercone**

"Simon is a talented business readiness manager who understands both the details of the business operations as well as maintains a strategic view of key issues. He is adept at balancing management oversight and counsel while allowing his team to work independently. I would welcome the opportunity to work with him anytime."

3 people have recommended Simon

Join now to view

## More activity by Simon

 **Looking forward to introducing PreBilt on our partner (S4A IT Solutions (SPRO Group)) webinar next week. If you are in N.America and are using...**
Liked by Simon Packman PMP

 **Big milestone today achieved 100 parkruns and 50 volunteers which makes it possible.**
Shared by Simon Packman PMP

 **A huge Friday shoutout to Niamh King who has recently passed her SAP Activate Project Management certification!   Niamh joined us last year as part...**
Liked by Simon Packman PMP

 **True progress doesn't happen overnight. It happens when vision, determination and know-how are combined are nurtured over time. Welcome to the...**
Liked by Simon Packman PMP

 **Revealing the #AMR22 to the world. #WeClimbTogether**
Liked by Simon Packman PMP

 **Fancy joining our Graphic Design team!?  Check out the link below for more information  #graphicdesign #graphicdesigner #vacancyalert...**
Liked by Simon Packman PMP

 **Customer demand is higher than ever for products to be delivered quickly, with 'next day' rapidly becoming the expected norm. This puts immense...**
Liked by Simon Packman PMP



### View Simon's full profile

See who you know in common

Get introduced

Contact Simon directly

Join to view full profile

**Linked**[in] © 2022   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines

Language ⌄

# EXHIBIT A-5

Andrew Butler - Engineering Manager - Boomin | LinkedIn
https://uk.linkedin.com/in/butlerat
03-30-2022
1

 **Linked** People ▾  | Andrew | Butler | 🔍    Join now  Sign in



**Boomin**
**Get there before they do**
What's your home worth?
Find out with a free and fast ☐ SmartVal

### Andrew Butler
Engineering Manager at Boomin
Alvechurch, England, United Kingdom · 254 connections

🟠 Boomin

🔗 Personal Website ↗

Join to connect

### People also viewed

 **Sandra Raina**
Claims Handler at Motor Insurers Bureau
Milton Keynes

 **Peter Stephenson**
Tech Lead at Boomin
West Midlands

 **Dan Firth**
Divisional Sales Director at Purplebricks
West Midlands

 **Jo Bourne**
Freelance Estate Agency Consultant and
Coach
Greater Leeds Area

 **David Kavanagh**
Chief Technology Officer and Technology
Advisor
London

 **Jamie Dunstan**
Senior Software Engineer at Unity
Redditch

 **Morgan Lane**
Senior Full Stack Software Engineer at
Boomin
Redditch

 **Dharmendra Gour**
Subject Matter Expert, Certified Scrum
Master
Pune

 **Craig Stewart**
Siemens level 6 Wind Turbine Technician
2.3 VS. Multi skilled technician
Perth

 **Wendy Gunton**
Business System Analyst
Weldon

Show more profiles ▾

### About

Full stack developer with over 13 years' experience in Microsoft .NET languages. Extensive knowledge of
C#, web and client-side development. Strong focus on reusable, flexible and decoupled code utilising the
latest software patterns and practices. Quick to learn and assimilate new technologies and
responsibilities. Strives to deliver quality, future-proof solutions within given timescales to maximise
profitability.
Experience managing a team, improving development processes, resolving customer issues and ensuring
high quality software releases.
Looking for a senior role within a software company to lead a development team whilst also keeping
hands on with software development.

### Others named Andrew Butler

 **Andrew Butler**
Academy Head Coach
Denver Metropolitan Area

 **Andrew Butler**
Security House built to deliver the
highest data recovery success rates for
data protection 17k+ Followers / 16k+
Connections. We are all being
#Trustjacked by Trustpilot
Greater Sheffield Area

 **Andrew Butler**
Managing Director at Butler Plumbing
Pty Ltd
Fitzroy, VI

**Andrew Butler**
Sales Manager at Bradley Tank & Pipe
Cleveland, TN

**Andrew Butler**
director at wheelhouse advisory
Greater Melbourne Area

1035 others named Andrew Butler are on
LinkedIn

See others named Andrew Butler

### Activity

 Not posting a lot, but this is worth it! Trying to do some
small good and raising money to help people in Ukraine. If
you can donate or share this...
Liked by Andrew Butler

 It's amazing what SmartVal is facilitating. Just 10 days after
completing a SmartVal, our agent partner Foxtons
(Croydon branch) instructed that same...
Liked by Andrew Butler

👋 Looking for recommendations 🎥 📷 I'd like to speak
to a FREELANCE video editor/graphic designer 🎬 🎨 to
discuss working with Boomin 6 week...
Liked by Andrew Butler

Join now to see all activity

### Add new skills with these courses

 Learning Visual Studio Code

LINQ with C# Essential
Training

C# Framework Design

See all courses

### Experience

🟠 **Engineering Manager**
Boomin
Oct 2020 - Present · 1 year 6 months
Birmingham, England, United Kingdom

**Config Ace**
8 years 7 months

**Software Development Manager**
Dec 2016 - Oct 2020 · 3 years 11 months
Warwick, England

I joined Configit in 2012 as a Senior Software Developer and Team Lead to develop a brand-new
enterprise Configuration Lifecycle Management software product. Configit Ace. The software is
primarily an AngularJS and React SPA frontend with a .NET JSON web service backend with data
stored in SQL Server.
I was instrumental in the design and architecture of the product and was responsible for
developing a number of large features such as: introducing AngularJS as the client side
framework, developing a module system to allow bespoke customer extensions to enhance the
web application, creating and maintaining the CI/CD infrastructure and creating automated
deployments to Azure, to name just a few.
I was promoted to Principal Software Developer and Solution Architect to formalise my role in
designing and implementing the architecture of the product.
For the last 4 years, I have been the Development Manager of the Product team developing
Configit Ace which has become the company's flagship product. Even though I now have line
management responsibilities, I am still responsible for the architecture of the product and stay
close to the codebase with development and code reviews of my team. By staying up to date
with the latest technologies, I have been able to mentor my team to ensure they are always
learning and are continuously improving.
I also meet with customers to advise them on the product, to provide support when issues are
raised and listen to their feedback and suggestions.

Show less ▴

 **Interim Development Manager**
Feb 2016 - Dec 2016 · 11 months
Warwick, England

**Solutions Architect**
Jan 2014 - Feb 2016 · 2 years 2 months
Warwick, England

**Senior Software Developer**
Apr 2012 - Dec 2013 · 1 year 9 months
Warwick, England

**Senior Developer**
NFOPP
Oct 2010 - Apr 2012 · 1 year 7 months
Warwick, Warwickshire

My primary role at NFOPP was to design, architect and implement a modular CRM system to
store data for the company's membership and qualifications departments in order to replace
two existing third-party software packages. I was technical lead for a development team of 4
people. The application was built using .NET technologies including WPF, web services and
SQL Server. I designed the application to be a modular so each different department's
functionality could be deployed, updated and maintained in isolation.

Show less ▴

### Andrew's public profile badge

Include this LinkedIn profile on other
websites

 **Andrew Butler**
Engineering Manager at Boomin

🟠 Engineering Manager at Boomin

View profile    **Linked**🔵

View profile badges

Andrew Butler - Engineering Manager - Boomin | LinkedIn
https://uk.linkedin.com/in/butlerat
03-30-2022
2

 **Asidua**
3 years 1 month

**Engineer**
Jul 2009 · Oct 2010 · 1 year 4 months
Shirley, England, United Kingdom

I was recognised as the leading .NET developer within Asidua due to my extensive .NET, web
development and general technical knowledge. I was asked to lead the design and
development of Asidua's flagship product Customer Contact Platform. As part of the CCP
project I led the core development team and was central to the product's success. This role
required me to visit customer sites to discuss requirements with the customer directly and to
provide on-site support during the initial weeks of go live.

I achieved a fast-track promotion to Engineer grade due to my outstanding performance as a
Graduate Engineer.

Show less ⌃

 **Graduate Engineer**
Oct 2007 · Jun 2009 · 1 year 9 months

 **IT / Network Technician**
Culford School
Jun 2005 · Jul 2006 · 1 year 2 months

## Education

 **Aston University**
BSc · Computer Science
2003 - 2007

## Recommendations received

 **Alastair Christie**
"A one-man software development army. Andrew's ability to rapidly solve problems and
retain intricately detailed knowledge is just spectacular. He uses his impressive skills to lead
colleagues from the fore, acting as coach, mentor and guide. Having seen Andrew work
through technical challenges at scale, often handling complex process flows across multiple
systems (in house and external), I remain in awe of his development abilities and hugely
reassured to see him helming any delivery. Our customers found his presence equally
reassuring, and would often specifically request his input when attempting to resolve
technical questions."

 **Bryan Lord**
"I've worked with Andrew through the good times and more challenging ones, he is an
amazingly intelligent, forward thinking individual who can solve any problems in the right
way. He has exceptionally strong relationships with customers and internal stakeholders and
was a vital cog in both a team and for the company"

3 people have recommended Andrew

[ Join now to view ]

## More activity by Andrew

 "What do you want to be when you grow up?"...✨ 👨‍🚀 A
question we've all been asked as kids, no doubt. I've seen a 
number of posts on LinkedIn...
Liked by Andrew Butler

 Brilliant visit to Exeter today. I can't tell you how delighted
I am with the feedback Michael Bruce & myself are
receiving from our agents across...
Liked by Andrew Butler

 More agents joining Boomin! :D
Liked by Andrew Butler

 Sometimes people come into your life and make a real
difference. This man has done so for Ben and we can't
thank him enough. Thank you Kenny for all...
Liked by Andrew Butler

 WOW 2022 is underway with a bang & is Boomin, a record
day yesterday on #SmartVal with a record number being
converted into in-home valuations...
Liked by Andrew Butler

 This time last week our Product and Engineering
Leadership team met in Birmingham for a Boomin Product
Strategy session for 2022. The day was led by...
Liked by Andrew Butler

 Liked by Andrew Butler

 Boomin are supporting ten-year-old Ben Dickinson who is
set to take on a long-distance charity walk this spring from
his hometown of Larne, Ireland...
Shared by Andrew Butler

 Boomin are supporting ten-year-old Ben Dickinson who is
set to take on a long-distance charity walk this spring from
his hometown of Larne, Ireland...
Liked by Andrew Butler

Fantastic day with our product engineering leadership
team discussing Boomin product strategy for 2022 and
beyond ✨! Some really interesting...
Liked by Andrew Butler

We are looking to expand our Field & Internal Account
Management Team for 2022. Can I ask those within my
network and those who have worked with me...
Liked by Andrew Butler

Andrew Butler - Engineering Manager - Boomin | LinkedIn
https://uk.linkedin.com/in/butlerat
03-30-2022
:3



We have an incredibly creative and enthusiastic Tech team
here at Boomin. Neil M. has been an asset since the start -
it's wonderful to have you with...

Liked by Andrew Butler

---

View Andrew's full profile

🔗 See who you know in common

🗣 Get introduced

👥 Contact Andrew directly

[ Join to view full profile ]

# EXHIBIT A-6

 **Linked**in | People ▾ | Chris | Callaghan | 🔍 | Join now | Sign in

## People also viewed



 **Bruno Chagas**
Business Technical Analyst / Technical Writer at RDI SOFTWARE
Santo André, SP

 **Amy Tuck-Martin**
Technical Author at Mizuho
Chertsey

**Chris Callaghan**
Technical Author

⊶ **Echo Managed Services**

🎓 **University of Limerick**

England, United Kingdom · 139 connections

**Join to Connect**

 **Wilfried Latta**
IT-Consultant for SCM at ORSOFT GmbH
Greater Leipzig Area

 **Jens Schröder**
Project Manager bei vexxus
Leipzig

### About

I am an English MA Graduate with a Graduate Certificate in Technical Writing. I apply my education and qualifications in my role as a Technical Author/Writer.

I have good communication skills and an aptitude for technology. I aim to continually combine these qualities in my position and to develop them further in my career, contributing to the field of Technical Communication.

I enjoy keeping fit through a number of activities. I played Water Polo for a first division Irish league team – 'Setanta' - for over 10 years and was captain of the Queen's University Swimming and Water Polo team, winning the 2007 Irish University Championship.

Aside from Water Polo, I also play football, run, and do weight training on a more casual level. I enjoy the satisfaction of working well with a team, but also fully appreciate the benefits of individual pursuits.

 **Sascha Tausend**
Information Technology Solutions Specialist at Gefasoft GmbH
Greater Munich Metropolitan Area

 **Wolfgang Schönsteiner**
Senior Softwarearchitekt bei Kreutzpointner Business Software GmbH
Töging am Inn

 **Lars Eriksson**
Technical Communicator Consultant at INFOTIV INFORMATION & DESIGN AB for Nolab AB
Kärrholmen Tureberg

 **Lotta Hanski**
Technical Writer at Scania
Stockholm Metropolitan Area

### Activity

 **Really enjoyed meeting Dimple O'Gorman yesterday. Now, I can't wait to start my exciting new journey with Coventry Building Society in March**
Liked by Chris Callaghan

 <u>**Today is my last day at Configit after nearly 8 years. It's been a great journey and I've worked with some fantastic colleagues. But it's time for…**</u>
Liked by Chris Callaghan

 **Here's a short recap of our CLM Summit 2019 that took place in Hamburg. Thanks again to all our fantastic speakers: Fergus Tooher Gunter Dueck…**
Liked by Chris Callaghan

**Join now to see all activity**

 **Michael Carleson**
Senior Information Design Engineer / Technical Writer / Teknikinformatör
Gothenburg Metropolitan Area

 **Mats Nääf**
Technical writer and method engineer @ Bombardier
Stockholm Metropolitan Area

**Show more profiles** ﹀

## Others named **Chris Callaghan**

 **Chris Callaghan**
Senior Development Engineer at Transpower
Wellington Region; New Zealand

 **Chris Callaghan**
Executive Managing Director at C P Callaghan ltd
Oldham

### Experience

 **Technical Author**
Echo Managed Services
Jan 2020 - Dec 2021 · 2 years
Walsall, England, United Kingdom
I worked within a documentation team on the creation of a suite of functional user documentation from the bottom up. Liaising with developers, SME's, contact centre, and senior management I gave direction on structure, style, and format of the user content for the first go-live customers of a global multi-utility SaaS billing software product, Aptumo.

 **Technical Writer**
Configit
Jan 2019 - Jan 2020 · 1 year 1 month
Solihull
<mark>My role here was as a Technical Writer for the Configit Ace product, a Configurable Lifecycle Management (CLM) solution. This role included liaising with developers, coordinators, managers, other teams and customers to develop processes and standards, write/maintain style guides, reference materials, online help, release, marketing and API documentation.</mark>

 **Technical Author**
Semcon
Oct 2016 - Dec 2018 · 2 years 3 months
Warwick
I authored customer car handbooks for Jaguar Landrover (JLR). This involved liaising with a Technical Authoring Team, Engineers and Graphic Designers to develop instructional and legislative documentation for the latest automotive applications.

 **English EFL Teacher**
BMCOE
Aug 2012 - Jul 2016 · 4 years
I completed a full schedule of 20+ classes per week across elementary, middle and high school syllabi. I also developed, directed and evaluated online courses, and participated in various school activities with my students and colleagues.

 **Pension Administrator**
Capita
Apr 2012 - Aug 2012 · 5 months
I qualified as a Pension Administrator for Capita, a multi-national company. I managed support for IFAs and clients, streamlined in house IT programs and vetted applications in a centre of excellence for pension services.

**Engineering Support Officer**
Phoenix Energy Services
Jun 2011 - Apr 2012 · 11 months

 **Chris Callaghan**
Looking for new opportunities.
Greater Melbourne Area

 **Chris Callaghan**
Assistant Coach Florida Institute of Technology Mens Soccer at Florida Institute of Technology
Sebastian, FL

 **Chris C.**
Railway Engineer at Network Rail
Milton Keynes

189 others named Chris Callaghan are on LinkedIn

**See others named Chris Callaghan**

## Add new skills with these courses

 **How to Persuade When Facts Don't Seem to Matter**

**Installing and Administering Atlassian Confluence**

**Learning SCORM and Tin Can API**

**See all courses**

### Chris' public profile badge

Include this LinkedIn profile on other websites

 **Chris Callaghan**
Technical Author

🎓 University of Limerick

**View profile**

**Linked**in

**View profile badges**

I controlled in house IT software to schedule and record engineering appointments and archived the corresponding gas safety (installation and use) regulation documentation records upon completion.



**Material Planner**
Dennis Eagle Ltd
Aug 2010 - May 2011 · 10 months

Using JIT technology to forecast and plan a production line for a major British Manufacturing Company, I liaised with buyers, suppliers, engineers, production managers and sales departments to ensure production targets and sales quotas were met on a weekly basis and quarterly targets were achieved.



**Customer Service operative**
Loomis Technical
Apr 2009 - Aug 2010 · 1 year 5 months

I was responsible for maintaining 10% of UK ATM machines and coordinating cash transit for major British companies. This involved managing IT processes, invoicing, databases, spread sheets, and dealing with customer queries.



**Academic Peer Tutor**
St. Mary's University
Aug 2004 - Jun 2007 · 2 years 11 months

I qualified in tutoring students on how to improve their written and oral assignments. During this time, I also attended several conferences on Tutoring, including the American National Peer Tutor Conference, giving a presentation on Transatlantic Boundaries within Peer Tutoring.



**University Lecturer**
University of Utrecht
Feb 2007 - May 2007 · 4 months

Operating as a full member of the academic staff for the Accurate English course, I communicated effectively with faculty members, scheduled, planned and taught 2hr classes of 20 students, set and marked course assignments, invigilated and marked exams and collated and recorded results.



**Journalist**
Daily Ireland News Group
May 2006 - Jun 2006 · 2 months

I conducted investigative and journalistic duties for three different newspapers. Within the news group I had several articles published, mainly in the features section of the newspapers, including a travel article on Slovenia based on Erasmus exchange student life.

## Education



**University of Limerick**
Graduate Certificate · Technical Writing
2014 - 2016

Studying how to write effective and easy to follow instructions for technology products using industry tools - Framemaker, MadCap Flare, Captivate. Learning the fundamentals of code - XML, CSS, HTML and learning how to write simply and effectively using MS Office programs - Word, Powerpoint, Excel.



**Queen's University Belfast**
Master's degree · English Literature
2007 - 2008

I studied Modern English with emphasis on 19th century literary critical theory. During this time, my research, critical and analytical skills improved considerably. It taught me how to apply a serious methodological approach to manage a large project from conception through to completion.



**St. Mary's University Belfast**
Bachelors Degree · Liberal Arts; English
2004 - 2007

A broad base degree covering Humanities, Economics and Arts, specialising in English Literature. During this time I also worked as an Academic Peer Tutor, employed by the University and participated in the Erasmus student exchange programme, studying for 5 months in Ljubljana, Slovenia.

## Recommendations received



**Louise Feveile Rasmussen**

"At Configit, I was responsible for onboarding Chris in a distributed team of Technical Writers. It was clear from the start that Chris is a very skilled technical writer. He is committed to understanding and precisely communicating complex configuration technology to various target audiences, ranging from developers to users. Chris is very quick at learning new tools, for example, MadCap Flare, and he is a strong advocate for topic-based authoring. He has a great sense for detail and structure and has been the driving force behind improving our style guide. With his positive approach and natural curiosity, Chris reaches out across the organization to acquire the detailed knowledge necessary for writing documentation. It has been a great pleasure to work with Chris, and I wish him all the best in his future career."

1 person has recommended Chris

[ Join now to view ]

## More activity by Chris



The results are in! This morning I received the news that I have been wanting to hear for quite some time... I have passed my Advanced Level 3...
Liked by Chris Callaghan



You know our Virtual Tabulation® technology is the most powerful in the market. But do you know how it can help you in your job? Read more about the...
Liked by Chris Callaghan



All ready to prove the value Configit and #configurationlifecyclemanagement on 4th and 5th February #plm #piplmx #pi_plmx #manuals...
Liked by Chris Callaghan

View Chris' full profile

See who you know in common

Get introduced

Contact Chris directly

Join to view full profile

LinkedIn   © 2022   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language