# EXHIBIT B

| | |
|---|---|
| 1 | David M. Hoffman (*pro hac vice*) |
| 2 | hoffman@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 111 Congress Avenue, Suite 810<br>Austin, TX 78701 |
| 4 | Tel: (512) 472-5070<br>Fax: (512) 320-8935 |
| 5 | Seth M. Sproul (CA SBN 217711) |
| 6 | sproul@fr.com<br>FISH & RICHARDSON P.C. |
| 7 | 633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071 |
| 8 | Tel: (213) 533-4240<br>Fax: (858) 678-5099 |
| 9 | Jeanel N. Sunga (CA SBN 333815) |
| 10 | sunga@fr.com<br>FISH & RICHARDSON P.C. |
| 11 | 500 Arguello Street, Suite 400<br>Redwood City, CA 94063 |
| 12 | Tel: (650) 839-5070<br>Fax: (650) 839-5071 |
| 13 | ***Counsel for Defendant, Configit A/S*** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERSATA SOFTWARE, INC. f/k/a TRILOGY SOFTWARE, INC. and VERSATA DEVELOPMENT GROUP, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CONFIGIT A/S, <br><br>Defendant. | Case No. 2:20-cv-09019-JAK(MRWX) <br><br>**CONFIGIT A/S' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-95)** <br><br>Honorable John A. Kronstadt |

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

Configit does not understand this request and is willing to meet and confer regarding the scope and relevance of this Request. To the extent relevant, Configit incorporates its objections and answer to Request No. 4.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to identify when each version of the Accused Products was made publicly available.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "each version" and "publicly available." Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to this Request to the extent it seeks information that is already in Defendant's possession, a matter of public record, or equally available to Defendant. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

This request appears to be duplicative or cumulative of the information sought in Interrogatory #1, which states "From 2010 to the present, identify and describe each version … including an identification of the first dates of release." Configit

responded to Interrogatory #1 with an identification of release dates for Configit Ace and Configit Model from 2010 to the present. Configit incorporates the information from its response to Interrogatory #1 and believes this Request has been satisfied and therefore does not plan to produce additional documents, but is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 6:**

For each year from 2010, to the present, all documents and things relating to improvements, additions, new features, new functionality, updates, revisions, and alterations to the Accused Products, including the reasons, justifications, analyses, and bases for any such improvements, additions, new features, new functionality, updates, revisions, and alterations.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "improvements, additions, new features, new functionality, updates, revisions, and alterations," and "reasons, justifications, analyses, and bases." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Configit is willing to meet and confer regarding the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 9:**

All documents and things that relate to the conception, creation, design, research, development, programming, testing, revision, and/or updating of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "conception, creation, design, research, development, programming, testing, revision, and/or updating." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control for Configit Ace and Configit Model for the time period from 2012 to present. Configit will not provide discovery that may potentially be relevant to Versata's trade secret claims until Versata identifies its trade secrets with reasonable particularity, as noted in General Objection #1 above.

**REQUEST FOR PRODUCTION NO. 10:**

All documents and things relating to the history of Configit's development of the Accused Products, including the beginning and/or genesis of development; why Configit decided to begin development; the circumstances that led to development; the facts and circumstances concerning the first operational embodiment(s); the individuals involved in the design(s) including but not limited to Wendy Gunton, Simon Packman, Chris Callaghan, and Hemant Kulkarni; the individual(s) involved in the decision to use/implement the design(s) including but not limited to Wendy Gunton, Simon Packman, Chris Callaghan, and Hemant Kulkarni; the first commercial availability; and the first sale or subscription, or offer for sale or subscription, of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "beginning

and/or genesis of development," "circumstances that led to development," "first operational embodiment(s)," and "involved in the decision to use/implement the design(s)." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit further objects to this Request to the extent it calls for a legal conclusion and/or presents a question of law. Configit objects to the characterization of the persons named in the Request. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control for Configit Ace and Configit Model for the time period from 2012 to present. Configit's search will be reasonably limited to its understanding of the specific categories identified, and not "all documents and things relating to the history" which is too broad in scope. Configit will not provide discovery that may potentially be relevant to Versata's trade secret claims until Versata identifies its trade secrets with reasonable particularity, as noted in General Objection #1 above.

**REQUEST FOR PRODUCTION NO. 11:**

All documents and things relating to Configit's plans for the Accused Products, including plans for the development of the Accused Products and any planned or

contemplated improvements, additions, new features, new functionality, new versions, updates, revisions, and alterations of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "plans for development," and "any planned or contemplated improvements, additions, new features, new functionality, new versions, updates, revisions, and alterations." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to this Request to the extent it is duplicative of previous Requests or redundant with other Requests that seek a less subjective scope. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

Configit is willing to meet and confer regarding the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 12:**

Documents and things sufficient to identify the persons most knowledgeable regarding the research, engineering, conception, design, development, operation,

testing, implementation, production, distribution, marketing, and sale of the Accused Products, including but not limited to Wendy Gunton, Simon Packman, Chris Callaghan, and Hemant Kulkarni.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "research, engineering, conception design, development, operation, testing, implementation, production, distribution, marketing, and sale." Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to the characterization of the persons named in the Request. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control for Configit Ace and Configit Model.

**REQUEST FOR PRODUCTION NO. 13:**

All documents and things relating to any contracts, agreements, terms, and conditions between Configit and any vendors, partners, customers, subscribers, end

users, and/or other similar parties that use or have permission to use, sell, offer to sell, license, offer to license, subscribe to, or offer to subscribe to, the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "any contracts, agreements, terms, and conditions," "any vendors, partners, customers, subscribers, end users, and/or other similar parties," and "that use or have permission to use, sell, offer to sell, license, offer to license, subscribe to, or offer to subscribe to." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request as it seeks information that is the confidential, proprietary, and/or trade secret information of a third party that is in Configit's possession and subject to an obligation to a third party. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to providing information on its customers outside of the United States, where this information is not relevant to a lawsuit brought under U.S. patent laws and U.S. trade secret laws. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged contracts, agreements, terms & conditions in Configit's possession, custody, or control for U.S. customers of Configit Ace and Configit Model for the time period from 2012 to present. To the extent any such agreement contains confidentiality provisions requiring steps prior to production (e.g., notification of a third party) Configit will take such steps prior to production.

**REQUEST FOR PRODUCTION NO. 14:**

For each year from 2010, to the present, all documents and things relating to Configit's customers', subscribers', and/or end users' use of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "all documents and things." Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "customers', subscribers', and/or end users' use." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request as it seeks information that is the confidential, proprietary, and/or trade secret information of a third party that is in Configit's possession and subject to an obligation to a third party. Configit objects to providing information on its customers outside of the United States, where this information is not relevant to a lawsuit brought under

U.S. patent laws and U.S. trade secret laws. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

Configit does not understand this request and is willing to meet and confer regarding the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 15:**

All documents and things provided to vendors, partners, customers, end users, subscribers, and other similar parties concerning how to configure, assemble, access, program, modify, operate, control, or otherwise use the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "vendors, partners, customers, end users, subscribers, and other similar parties" and "how to configure, assemble, access, program, modify, operate, control, or otherwise use" Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request on the grounds that it is not limited to a reasonable

and relevant time period. Configit objects to providing information on its customers outside of the United States, where this information is not relevant to a lawsuit brought under U.S. patent laws and U.S. trade secret laws. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control for Configit Ace and Configit Model in the U.S. for the time period from 2012 to present. Configit will not provide discovery that may potentially be relevant to Versata's trade secret claims until Versata identifies its trade secrets with reasonable particularity, as noted in General Objection #1 above.

**REQUEST FOR PRODUCTION NO. 16:**

All documents and things relating to any commercial success, commercial performance, customer satisfaction, critiques, problems, shortcomings, challenges, technical success, technical performance, financial performance, financial impact, suitability, competitive position, and market position of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs

of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "commercial success, commercial performance, customer satisfaction, critiques, problems, shortcomings, challenges, technical success, technical performance, financial performance, financial impact, suitability, competitive position, and market position." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit further objects to this Request to the extent it calls for a legal conclusion and/or presents a question of law. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to providing information on its customers outside of the United States, where this information is not relevant to a lawsuit brought under U.S. patent laws and U.S. trade secret laws. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control of Configit Ace and Configit Model in the U.S. for the time period from 2012 to present. Configit will not provide discovery that may potentially be relevant to Versata's trade secret claims

Configit is willing to meet and confer regarding the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 18:**

All documents and things relating to any effort or analysis by Configit, at Configit's direction or request, and/or on Configit's behalf, to redesign the Accused Products so as to avoid infringement of the Asserted Patents; the costs of all design-around options analyzed; the time spent on such analysis; the estimated time to market for any such design-around; whether the design-around had or has any potential compatibility issues and, if so, the options analyzed to address those issues; whether the design-around had any impact (however measured) on the performance of the Accused Products; and the estimated costs that such a design would have added to the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit will not search for "all" such documents and things, but as noted below will conduct a reasonable search subject to the objections stated. Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "any effort or analysis by Configit," "Configit's direction or request," "on Configit's behalf," "any potential compatibility issues," and "any impact (however measured) on the performance of the Accused Products." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit further objects to this Request to the extent it calls for a legal conclusion and/or presents a question of law. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time

period. Configit objects to this request to the extent it requires ESI searching without an appropriate protocol for ESI searching in place. Configit will not conduct ESI searching until a mutually agreed protocol for ESI searching (including the number of custodians, search terms, and date ranges) is in place.

Subject to and without waiving the specific objections and the General Objections, and expressly modifying the scope of any production by those objections, Configit responds as follows:

To the extent this Request is understood and such documents and/or things exist and can be found after a reasonable search, Configit will produce or make available for inspection relevant, responsive, non-immune, and non-privileged documents and/or things in Configit's possession, custody, or control for Configit Ace and Configit Model for the time period from 2014 to present.

**REQUEST FOR PRODUCTION NO. 19:**

All documents and things that refer to or mention Versata or Trilogy, including, but not limited to, any discussions, evaluations, or analyses regarding any Versata Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Configit incorporates its General Objections as though fully set forth herein. Configit further objects to this Request on the following grounds: Configit objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it seeks, "[a]ll documents and things." Configit objects to this Request to the extent it is vague and ambiguous, including the terms and/or phrases, "refer or mention" and "any discussions, evaluations, or analyses." Configit objects to this Request to the extent it calls for information protected by the attorney-client privilege, work product doctrine, or common interest doctrine. Configit objects to this Request on the grounds that it is not limited to a reasonable and relevant time period. Configit objects to this request to the extent it requires ESI searching without

1 | Configit is willing to meet and confer regarding the scope and relevance of this
2 | Request.

5 | Dated: May 12, 2022

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman

***Attorney for Defendant, Configit A/S***

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12860 El Camino Real, Suite 400, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

On May 12, 2022, I caused a copy of CONFIGIT A/S' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-95) to be served on the interested parties in this action by attaching a PDF file containing the same to an email addressed as follows:

| | |
|---|---|
| Alan Kossoff (SBN 150932)<br>akossoff@kwikalaw.com<br>KINSELLA WEITZMAN ISER KUMP LLP<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, California 90401<br>Tel: (310) 566-9800<br>Fax: (310) 566-9850 | Attorneys for Plaintiffs<br><br>Versata Software, Inc. f/k/a Trilogy Software, Inc. and Versata Development Group, Inc. |
| Conor M. Civins (*pro hac vice*)<br>conor.civins@bracewell.com<br>BRACEWELL LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701-4061<br>Tel: (512) 494-3970<br>Fax: (800) 400-3970 | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 12, 2022, at San Diego, California.

                                          */s/ Monika Kapuscinska-Kass*
                                          Monika Kapuscinska-Kass
                                          Senior Paralegal